UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>　　　　Plaintiff,<br><br>v.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity<br><br>　　　　Defendant. | Civil Action No. |

## NOTICE OF APPEARANCE

　　　Pursuant to Local Rule 83.5.2(a), please enter a Notice of Appearance for Elissa Flynn-Poppey of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts on behalf of Alliance for Automotive Innovation in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Elissa Flynn-Poppey*
　　　　　　　　　　　　　　　　　　　Elissa Flynn-Poppey (BBO # 647189)
　　　　　　　　　　　　　　　　　　　MINTZ, LEVIN, COHN, FERRIS,
　　　　　　　　　　　　　　　　　　　GLOVSKY AND POPEO, P.C.
　　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　617.542.6000 (telephone)
　　　　　　　　　　　　　　　　　　　617.542.2241 (fax)
　　　　　　　　　　　　　　　　　　　Eflynn-poppey@mintz.com

Dated: November 20, 2020

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                                    */s/ Elissa Flynn-Poppey*
                                    Elissa Flynn-Poppey