UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALLIANCE FOR AUTOMOTIVE INNOVATION,

Plaintiff,

v.

MAURA HEALEY, ATTORNEY GENERAL OF
THE COMMONWEWALTH OF
MASSACHUSETTS in her official capacity,

Defendant.

CIVIL ACTION
NO. 1:20-cv-12090-DPW

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for the defendant Maura Healey,

Attorney General of the Commonwealth of Massachusetts.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Robert E. Toone
Robert E. Toone (BBO No. 663249)
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2178
Robert.Toone@mass.gov

Date:   November 24, 2020

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on November 24, 2020.

*/s/* Robert E. Toone
Robert E. Toone
Assistant Attorney General
