UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Plaintiff,<br><br>v.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEWALTH OF MASSACHUSETTS in her official capacity,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:20-cv-12090-DPW |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of AAG Eric A. Haskell as counsel for Attorney General Maura Healey, the defendant in the captioned action.

Respectfully submitted,

*/s/ Eric A. Haskell*

November 24, 2020

Eric A. Haskell, BBO No. 665533
Assistant Attorney General
One Ashburton Place
Boston, Mass.  02108
(617) 963-2855
eric.haskell@mass.gov

## CERTIFICATE OF SERVICE

I certify that a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

*/s/ Eric A. Haskell*

November 24, 2020

Eric A. Haskell
Assistant Attorney General