UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION, <br><br> Plaintiff, <br><br> v. <br><br> MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEWALTH OF MASSACHUSETTS in her official capacity, <br><br> Defendant. | CIVIL ACTION <br> NO. 1:20-cv-12090-DPW |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for the defendant Maura Healey, Attorney General of the Commonwealth of Massachusetts.

                                                                                 Respectfully submitted,

                                                                                  MAURA HEALEY
                                                                                   ATTORNEY GENERAL

                                                                                   /s/ Jennifer E. Greaney_____
                                                                                   Jennifer E. Greaney (BBO No. 643337)
                                                                                   Assistant Attorney General
                                                                                   Government Bureau
                                                                                   One Ashburton Place
                                                                                   Boston, MA 02108
                                                                                   (617) 963-2981
                                                                                   Jennifer.Greaney@mass.gov

Date:   November 25, 2020

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on November 25, 2020.

> */s/ Jennifer E. Greaney*
> Jennifer E. Greaney
> Assistant Attorney General