PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>Plaintiff,<br><br>vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>Defendant. | C.A. No. 1:20-cv-12090-DPW |

**Declaration of William John Cook**

1.    I am currently employed by Hyundai Motor America ("HMA"). I have been employed by HMA since 09/25/2007. I currently serve in Sales as the Director of Field Operations. My responsibilities include Sales Reporting and policy, field operations, and development and communication of National Sales programs and policies. This declaration is based on my personal knowledge and information retrieved from tools I use in job.

2.    HMA distributes Hyundai and, through its wholly owned subsidiary, Genesis vehicles in the United States. HMA does substantial business in Massachusetts. HMA has sold approximately 22,000 Hyundai and Genesis vehicles in Massachusetts this year.

3.    Hyundai and Genesis vehicles on Massachusetts dealership lots as of December 3, 2020, consist primarily of Model Year 2019, Model Year 2020, and Model Year 2021 vehicles that have already undergone rigorous design and testing by the Hyundai organization.

/ / /

/ / /

1

**PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT**

/ / /

4.  Consistent with industry standards, HMA plans to sell Model Year 2022 vehicles beginning in approximately March 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 25, 2020

William John Cook

2