UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Plaintiff,<br><br>v.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEWALTH OF MASSACHUSETTS in her official capacity,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:20-cv-12090-DPW |

**DEFENDANT ATTORNEY GENERAL MAURA HEALEY'S RESPONSE TO PLAINTIFF'S MOTION TO STAY COUNTS 3 THROUGH 7 OF COMPLAINT**

The Office of Attorney General believes that prompt resolution of the plaintiff's claims challenging the 2020 Right to Repair Law is in the public interest. Because the plaintiff's claims (including counts 3-7) do not state any plausible claim for relief as a matter of law, they should be dismissed pursuant to Federal Rule of Civil Procedure 12(b). The Office of the Attorney General intends to file such a Motion to Dismiss by December 18, and believes that the Court should defer ruling on the plaintiff's Motion to Stay Counts 3 Through 7 (ECF #57) until after it rules on the Attorney General's forthcoming Motion to Dismiss.

In the event that the Court denies the forthcoming Motion to Dismiss as to any or all of counts 3 through 7, the Office of the Attorney General would not object to staying those counts pending resolution of counts 1 and 2.

1

Respectfully submitted,

DEFENDANT ATTORNEY
GENERAL MAURA HEALEY,

By her attorneys,

December 11, 2020       /s/ Eric A. Haskell
Robert E. Toone, BBO #663249
Eric A. Haskell, BBO #665533
Jennifer E. Greaney, BBO #643337
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, Mass.  02108
617-963-2855
eric.haskell@mass.gov

## CERTIFICATE OF SERVICE

I certify that a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

                                /s/ Eric A. Haskell

December 11, 2020                   Eric A. Haskell
                                      Assistant Attorney General