**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

ALLIANCE FOR AUTOMOTIVE INNOVATION,

                    Plaintiff,

   v.

MAURA HEALEY, ATTORNEY GENERAL OF
THE COMMONWEALTH OF
MASSACHUSETTS, in her official capacity,

                    Defendant.

Civil Action No. 1:20-cv-12090

---

**ATTORNEY GENERAL'S EMERGENCY MOTION**
**TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 37(a)(1), Attorney General Maura Healey,

respectfully requests the following:

1. An order compelling the production to the Attorney General of all responsive documents that the plaintiff has proposed to make available only in Michigan and/or only on an "eyes only" basis;

2. An order compelling the production of documents that are claimed to be beyond the possession, custody, and control of Toyota and Mercedes-Benz;

3. An order compelling the production of responsive reports of security reviews that apparently have not been produced; and

4. An order extending the Attorney General's deadline to serve expert disclosures to a date seven days after the plaintiff completes its production of these critical technical documents.

As grounds, the Attorney General incorporates the accompanying Memorandum of Law (ECF

#102), Affidavit of Craig Smith with exhibit (ECF #103), Affidavit of Assistant Attorney

General Eric Haskell with exhibits (ECF #104), and Motion to Accept Filing Under Seal (ECF

#105).*

Respectfully submitted,

ATTORNEY GENERAL
MAURA HEALEY

By her attorneys,

April 7, 2021

*/s/ Eric A. Haskell*
Robert E. Toone, BBO No. 663249
Eric A. Haskell, BBO No. 665533
Phoebe Fischer-Groban, BBO No. 687068
  Assistant Attorneys General
Christine Fimognari, BBO No. 703410
  Special Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, Mass.  02108
(617) 963-2589
eric.haskell@mass.gov

## CERTIFICATES

I certify that a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

I further certify, pursuant to Fed. R. Civ. P. 37(a)(1) and LR 7.1(a)(2), that I have conferred with plaintiffs' counsel and attempted in good faith to resolve or narrow the issues presented by this motion without court action.

*/s/ Eric A. Haskell*
_____

April 7, 2021                                   Eric A. Haskell

---

* In accordance with the Confidentiality Protective Order entered in this case, the accompanying Memorandum of Law and Affidavit of Assistant Attorney General Eric Haskell have been electronically filed in redacted form.  Unredacted paper copies will be submitted to the clerk's office tomorrow morning, April 8, when the lobby opens.