UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Plaintiff,<br><br>v.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, in her official capacity,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:20-cv-12090-DPW |

**DEFENDANT ATTORNEY GENERAL MAURA HEALEY'S
LIST OF PARTIES AND ATTORNEYS EXPECTED TO BE PRESENT AT TRIAL**

In accordance with the Court's order at the May 7, 2021, pretrial hearing, Defendant Attorney General Maura Healey submits this list of attorneys and parties that will be present in the courtroom or by Zoom during the non-jury trial in this case commencing on June 14, 2021. This list represents the complete list of counsel and parties that may be in the courtroom or on Zoom. The Attorney General will limit as much as possible the number of people from this list that are present in the courtroom on any given day.

Robert E. Toone, Esq., *Assistant Attorney General*

Eric A. Haskell, Esq., *Assistant Attorney General*

Phoebe Fischer-Groban, Esq., *Assistant Attorney General*

Christine Fimognari, Esq., *Special Assistant Attorney General*

Julia E. Kobick, Esq., *Assistant Attorney General*

Jeffrey Williams, *Paralegal*

Craig Smith, *Expert Witness*

Brian Romansky, *Expert Witness*

Steven Block, Esq., *Counsel for Non-Party Auto Care Association*

Bert Hogeman, Esq., *General Counsel, Auto Care Association*

The parties also intend to jointly retain a trial technician who will be present in the courtroom.

May 14, 2021

Respectfully submitted,

MAURA HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts,

By her attorneys,

*/s/ Phoebe Fischer-Groban*
Robert E. Toone, BBO No. 663249
Eric A. Haskell, BBO No. 665533
Phoebe Fischer-Groban, BBO No. 687068
Julia E. Kobick, BBO No. 680194
   Assistant Attorneys General
Christine Fimognari, BBO No. 703410
   Special Assistant Attorney General
One Ashburton Place
Boston, Mass.  02108
(617) 963-2589

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 14, 2021.

                                          */s/ Phoebe Fischer-Groban*
                                          Phoebe Fischer-Groban
                                          Assistant Attorney General