IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>　　　　Defendant. | C.A. No. 1:20-cv-12090-DPW |

**PLAINTIFF'S STATUS REPORT REGARDING TRIAL PARTICIPANTS**

In accordance with the Court's Order at the May 7, 2021 status conference, Plaintiff Alliance for Automotive Innovation ("Auto Innovators") submits this report regarding the individuals it expects to be present in the courtroom for trial.

The Court previously indicated that seven slots would be allocated to the Court, the courtroom clerk, the court reporter, two law clerks, the pool reporter representing the press, and the witness on the stand. The parties have tentatively agreed that an eighth "neutral" slot shall be allocated to a document technician who will be shared by the parties, to assist with the display of documents and demonstrative evidence. That leaves eighteen remaining slots, which the parties have agreed shall be allocated nine per side, meaning that not counting the witness on the stand, each party can have nine people in the courtroom at a time.

Consistent with that limitation, Auto Innovators will not have more than nine people on its side in the courtroom at any one time. As previously indicated, some of these individuals will rotate depending on the witness:

1. John Nadolenco (Mayer Brown), trial counsel

2. Laurence Schoen (Mintz), trial counsel

3. Jason Linder / Daniel Queen (Mayer Brown), trial counsel

4. Erika Jones (Mayer Brown), trial counsel

5. Sandor Callahan/ Sasha Keck (Mayer Brown), associate support

6. Daniel Garrie, testifying expert

7. Bryson Bort, testifying expert

8. Charles Haake (Auto Innovators), general counsel

9. Jessica Simmons (Auto Innovators), assistant general counsel

Auto Innovators reserves the right to modify this list prior to trial, understanding that it cannot have more than nine individuals at a time present in the courtroom on its behalf, not counting the witness actually on the stand.

Dated: May 14, 2021

Respectfully submitted,

ALLIANCE FOR AUTOMOTIVE INNOVATION

By its attorneys,

 */s/ Laurence A. Schoen*
Laurence A. Schoen, BBO # 633002
Elissa Flynn-Poppey, BBO# 647189
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
lschoen@mintz.com
eflynn-poppey@mintz.com

John Nadolenco (*pro hac vice*)
Jason Linder (*pro hac vice)*
Daniel D. Queen (*pro hac vice*)
Erika Z. Jones (*pro hac vice*)
Eric A. White (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
jlinder@mayerbrown.com
dqueen@mayerbrown.com
ejones@mayerbrown.com
eawhite@mayerbrown.com

Charles H. Haake (*pro hac vice*)
Jessica L. Simmons (*pro hac vice*)
ALLIANCE FOR AUTOMOTIVE INNOVATION
1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on May 14, 2021.

*/s/ Laurence A. Schoen*
Laurence A. Schoen