IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
ALLIANCE FOR AUTOMOTIVE      :
INNOVATION,                                        :
                                                               :
      Plaintiff,                               :   Case No. 1:20-cv-12090-DPW
                                                               :
      v.                                                 :
                                                               :
MAURA HEALEY, Attorney General of the    :
Commonwealth of Massachusetts, in her official :
capacity,                                                 :
                                                               :
      Defendant.                            :
_____:

**FURTHER RESPONSE BY THE UNITED STATES
REGARDING POTENTIAL PARTICIPATION**

On May 3, 2021, the United States notified the Court that it was considering whether to participate in this action pursuant to 28 U.S.C. § 517, and stated that, by May 21, 2021, it intended to notify the Court either that the authorization process is still ongoing or that the Federal Government has decided whether to participate in the litigation. *See* ECF No. 143. The United States continues to follow the authorization process which is required for it to participate in a case such as this, to which it is not a party. That process is taking longer than expected, and the United States now anticipates that it will notify the Court whether it will participate in this action by June 4, 2021. The United States greatly appreciates the Court's consideration and patience during the pendency of this authorization process.

Dated: May 21, 2021                          Respectfully submitted,

                                                        MICHAEL D. GRANSTON
                                                        Deputy Assistant Attorney General

                                                        JACQUELINE COLEMAN SNEAD
                                                       Assistant Branch Director

    /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar # 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 21, 2021, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. If any counsel of record requires a paper copy, I will cause a paper copy to be served upon them by U.S. mail.

    /s/ *Daniel Riess*