IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION, | : : : | |
| Plaintiff, | : : | Case No. 1:20-cv-12090-DPW |
| v. | : : | |
| MAURA HEALEY, Attorney General of the Commonwealth of Massachusetts, in her official capacity, | : : : : | |
| Defendant. | : : : | |

### STATEMENT REGARDING PARTICIPATION BY THE UNITED STATES

The United States respectfully informs the Court that it has decided to participate in this action pursuant to 28 U.S.C. § 517, and that it plans to file a statement of interest in this case before June 14, 2021.

Dated:  June 4, 2021                     Respectfully submitted,

                                         MICHAEL D. GRANSTON
                                         Deputy Assistant Attorney General

                                         JACQUELINE COLEMAN SNEAD
                                         Assistant Branch Director

                                           /s/ *Daniel Riess*
                                         DANIEL RIESS (Texas Bar # 24037359)
                                         Trial Attorney
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, N.W.
                                         Washington, D.C. 20005
                                         Telephone: (202) 353-3098
                                         Fax: (202) 616-8460
                                         Email: Daniel.Riess@usdoj.gov
                                         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 4, 2021, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. If any counsel of record requires a paper copy, I will cause a paper copy to be served upon them by U.S. mail.

/s/ *Daniel Riess*