IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>    *Plaintiff*,<br><br>  v.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>    *Defendant*. | No. 1:20-cv-12090-DPW |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel in this case for **iFixit, the Repair Association, U.S. PIRG Education Fund, Inc., SecuRepairs.org, the Electronic Frontier Foundation, and Professor Jonathan Askin** as movants to participate as *amici curiae* in the above-identified case. I certify that I am admitted to practice in this Court.

                                                            Respectfully submitted,

Dated: June 7, 2021                */s/ Christoper T. Bavitz*
                                              Christopher T. Bavitz (BBO #672200)
                                              Cyberlaw Clinic, Harvard Law School
                                              1585 Massachusetts Ave.
                                              Cambridge, MA 02138
                                              Tel: (617) 384-9125
                                              Email: cbavitz@law.harvard.edu

                                              *Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 7, 2021    /s/ *Christoper T. Bavitz*
                                       Counsel for Movants