IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>    *Plaintiff*,<br><br>  v.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>    *Defendant*. | No. 1:20-cv-12090-DPW |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for iFixit, the Repair Association, U.S. PIRG Education Fund, Inc., SecuRepairs.org, the Electronic Frontier Foundation, and Professor Jonathan Askin certifies that none of these parties has a corporate parent, and no publicly held corporation owns 10% or more of the stock of any of these parties.

                                                                  Respectfully submitted,

Dated: June 7, 2021                          */s/ Christoper T. Bavitz*
                                                           Christopher T. Bavitz (BBO #672200)
                                                           Cyberlaw Clinic, Harvard Law School
                                                           1585 Massachusetts Ave.
                                                           Cambridge, MA 02138
                                                           Tel: (617) 384-9125
                                                           Email: cbavitz@law.harvard.edu

                                                           *Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 7, 2021    */s/ Christoper T. Bavitz*
                                        Counsel for Movants