# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ALLIANCE FOR AUTOMOTIVE
INNOVATION

                Plaintiff,

    vs.

MAURA HEALEY, ATTORNEY GENERAL
OF THE COMMONWEALTH OF
MASSACHUSETTS in her official capacity,

                Defendant.

C.A. No. 1:20-cv-12090-DPW

## PLAINTIFF'S AMENDED EXHIBIT LIST

Pursuant to the Court's guidance at the Final Pretrial Conference on June 7, 2021, Plaintiff Alliance for Automotive Innovation ("Auto Innovators" or "Plaintiff") respectfully submits the amended list of exhibits it may seek to introduce into evidence at trial. This list does not include exhibits Auto Innovators plans to use solely for impeachment. Auto Innovators reserves the right to supplement its exhibit list prior to trial.

Exhibits 1-12 are joint exhibits, meaning they were designated as exhibits by both Auto Innovators and the Attorney General, and to which no party objects to the admission in evidence.

The parties engaged in meaningful meet and confer discussions and resolved several of the outstanding objections regarding the exhibits being offered by direct testimony. Certain exhibits previously listed were removed or alternatively the objections were dropped and those exhibits have been given numbers. Exhibits 13-58 are exhibits designated by Auto Innovators, and to which the Attorney General has indicated she does not object to the admission in evidence.

Certain of Plaintiff's Exhibits ("PL's") N through CF are exhibits designated by Auto Innovators to which the Attorney General has reserved the right to object. The far right column

of the chart below sets forth the Attorney General's asserted grounds for her objection(s) to each

such exhibit.  The Attorney General has provided the following codes for her objections:

- H – hearsay
- F – foundation
- R – relevance
- 403 – Rule 403
- C – completeness
- NE – not evidence
- 602 - Rule 602
- 701 – Rule 701

| Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description | AG Objection (s) |
|---|---|---|---|---|---|---|
| 1 | 78 | | AAI-AAI-0002635-2641 | 1/15/2014 | 2014 MOU between AAIA, CARE, Alliance, and Global Automakers | None |
| 2 | 50 | Conf. | AAI-GM-0000008 (native, 8 pages) | N/A | Slides re Vehicle & Vehicle Services Cybersecurity DLC Protection for Global A | None |
| 3 | 72 | | N/A | 2016 | Cybersecurity Best Practices for Modern Vehicles (NHTSA) | None |
| 4 | 81 | | AAI-AAI-0007281-7282 | 9/18/2017 | Letter from SAE International to multiple recipients | None |
| 5 | 55 | Conf. | AAI-GM-0000030--32 | 4/1/2018 | Data Link Connector Policy | None |
| 6 | 38 | Conf. | AAI-GM-0001192 (native, 43 pages) | 7/20/2019 | Slides re Global Cybersecurity NHTSA Meeting July 2019 | None |
| 7 | 58 | Highly Conf. | AAI-GM-0001422-1511 | various | CAN 1 4987/4986 Bus Topology Documents | None |
| 8 | 2 | Conf. | AAI-FCA-0011090-11094 and 11095 (native Excel) | 6/29/2020 | Diagnostic Services Secure Access Rights Supporting Document and Spreadsheet | None |

| Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description | AG Objection(s) |
|---|---|---|---|---|---|---|
| 9 | 4 | Highly Conf. | AAI-FCA-0011200 (native, 28 pages) | 10/1/2020 | FCA Global Vehicle Cybersecurity Rollout | None |
| 10 | | | N/A | 1/12/2021 | *Request for Comments on NHTSA's Cybersecurity Best Practices for the Safety of Motor Vehicles Draft 2020 Update*, 86 Fed. Reg. 2481, 2481 (Jan. 12, 2021) | None |
| 11 | 52 | Highly Conf. | AAI-GM-0001585-1617 | N/A | Global A Serial Data Architecture, Version 7.4.3 et seq. | None |
| 12 | 158 | Highly Conf. | AAI-GM-0001687 | N/A | Slides re Onstar Telematics Architecture Security et seq. | None |
| 13 | 5 | | AAI-FCA-0010998-11004 | 8/4/2015 | Part 573 Safety Recall Report | None |
| 14 | 36 | | AAI-AAI-0007279-7280 | 7/31/2017 | Letter from Auto Alliance/Global Automakers to Bill Hanvey and Ray Pohlman | None |
| 15 | 70 | Conf. | AAI-GM-0001065 (native, 23 pages) | 5/2020 | Slides re Global Cybersecurity NHTSA Meeting May 2020 | None |
| 16 | 95 | Conf. | AAI-GM-0000035 | 8/16/2018 | GM Product Cybersecurity Defense-in-Depth | None |
| 17 | 99 | Conf. | AAI-GM-0000029 | 3/17/2018 | GM Policy on 3rd Party Aftermarket DLC Devices | None |
| 18 | 122 | Conf. | GP0000016-19 | 11/23/2020 | Email from Joe Register to multiple recipients re Massachusetts Data Law Legal Challenge Materials | None |
| 19 | 125 | | N/A | 4/1/2021 | Defendant's Second Amended Initial Disclosures | None |
| 20 | 136 | Conf. | AAI-ACA-0025198-25201 | 3/17/2021 | Email from Aaron Lowe to Joe Register re Information SDRM | None |
| 21 | 152 | Conf. | AAI-ACA-0011612 | 2/13/2020 | Email from Brian Romansky to Aaron Lowe re Boston Legislative Briefing | None |

| Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description | AG Objection(s) |
|---|---|---|---|---|---|---|
| 22 | 153 | Conf. | AAI-ACA-0014716-14718 and attachment (total 31 pages) | 7/23/2020 | Email from Quinlan Brennan to Aaron Lowe re NHTSA Slides | None |
| 23 | | Conf. | AAI-FCA-0011205-208 | 3/27/2021 | Email from Alison Rodney to herself re Massachusetts Telematics Ballot Initiative with attached slides | None |
| 24 | | | N/A | 2020 | NHTSA, Cybersecurity Best Practices for the Safety of Modern Vehicles Draft 2020 Update (2020) https://www.nhtsa.gov/sites/nhtsa.gov/files/documents/vehicle_cybersecurity_best_practices_01072021.pdf | None |
| 25 | | | N/A | 3/22/2021 | Defendant's Response to Pl.'s First Request for Admission | None |
| 26 | | | N/A | 4/26/2021 | Defendant's Supplemental Responses to First Requests for Admission | None |
| 27 | | | N/A | 4/30/2021 | Defendant's Second Supplemental Responses to First Requests for Admission | None |
| 28 | | | N/A | 3/22/2021 | Defendant's Response to Plaintiff's First Set of Interrogatories | None |
| 29 | | | N/A | 4/26/2021 | Defendant's Supplemental Response to First Set of Interrogatories | None |
| 30 | | | N/A | 4/30/2021 | Defendant's Second Supplemental Response to First Set of Interrogatories | None |
| 31 | | | N/A | 5/7/2021 | Defendant's Responses to Pl.'s Second Set of Interrogatories | None |
| 32 | | | N/A | 2/24/2021 | Defendant's Response to Pl.'s First Requests for Production | None |

| Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description | AG Objection(s) |
|---|---|---|---|---|---|---|
| 33 | | | N/A | 5/7/2021 | Defendant's Responses to Pl.'s Second Set of Requests for Production | None |
| 34 | | | N/A | N/A | Daniel Garrie *curriculum vitae* | None |
| 35 | | | N/A | N/A | Bryson Bort *curriculum vitae* | None |
| 36 | 41 | Conf. | AAI-GM-0000022-24 | 9/15/2016 | Product Cybersecurity Policy for Secure Development Lifecycle | None |
| 37 | | | N/A | 2020 | NHTSA, *2020 Recall Annual Report*, https://www.nhtsa.gov/sites/nhtsa.gov/files/documents/2020_nhtsa_recall_annual_report_021021-tag.pdf (last accessed May 18, 2021). | None |
| 38 | | Conf. | AAI-GM-0000056 | 7/16/2019 | Slides re NHTSA Cybersecurity Meeting | None |
| 39 | | Conf. | AAI-GM-0000011 | 9/8/2015 | Slides re Vehicle Cybersecurity Overview | None |
| 40 | | Conf. | AAI-GM-0000013 | 3/14/2016 | Slides re Message Authentication GFL Overview | None |
| 41 | | Conf. | AAI-GM-0001567 | 8/7/2019 | Slides re Electrical Architecture and Global A_Global B Security | None |
| 42 | 39 | Conf. | AAI-GM-0000028 (native, 22 pages) | 11/20/2017 | Slides re Product Cybersecurity Overview -- Cybersecurity Risk Committee | None |
| 43 | | Conf. | AAI-GM-0000201 | 2/13/2021 | Slides re Secure Programming and Secure Boot | None |
| 44 | 40 | Conf. | AAI-GM-0000014-16 | 1/28/2016 | GM Vehicle Cybersecurity Guidelines | None |
| 45 | 53 | Conf. | AAI-GM-0000012 (native, 5 pages) | N/A | Slides re Current Vehicle Data Control Points | None |
| 46 | 56 | Conf. | AAI-GM-0000053 (native, 1 page) | N/A | Data Access & Device Support for Data Link Connector (DLC/OBDII) | None |

| Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description | AG Objection (s) |
|---|---|---|---|---|---|---|
| | | | | | Port -- GM Electrical Architectures | |
| 47 | | Conf. | AAI-FCA-0010921-28 | 10/18/2017 | Global Vehicle Cyber Security: Vehicle Network Segmentation and Separation (Level 3) | None |
| 48 | | Conf. | AAI-FCA-0010994 | 8/11/2015 | FCA US LLC Chronology Select 2015 Vehicles, RA3/4 Improved Security Protection | None |
| 49 | | | AAI-FCA-0010995-97 | 9/25/2015 | Part 573 Safety Recall Report | None |
| 50 | | Conf. | AAI-FCA-0010935-39 | 11/8/2017 | Global Vehicle Cyber Security: Authenticated In-Vehicle Messages (Level 5) | None |
| 51 | | Highly Conf. | AAI-FCA-0011194 (native Excel) | N/A | Threat Analysis and Risk Assessment and Spreadsheet | None |
| 52 | 106 | Conf. | AAI-GM-0000002 (native, 6 pages) | N/A | Slides re Cybersecurity Strategy Global A et seq. | None |
| 53 | 47 | Conf. | AAI-GM-0000187 (native, 17 pages) | N/A | Slides re Secure Diagnostics & Secure Unlock | None |
| 54 | 57 | Conf. | AAI-GM-0000190 | N/A | Global B Electrical Architecture Overview | None |
| 55 | 59 | Highly Conf. | AAI-GM-0001512-1541 | various | Technical documents | None |
| 56 | 98 | Conf. | AAI-GM 0000009 | N/A | 3.2.1.2.5.8 Vehicle Cybersecurity | None |
| 57 | | Conf. | AAI-FCA-0011005-53 | 11/5/2015 | Brought In Mobile Device Security Requirements and Assessment Procedures | None |
| 58 | | Conf. | AAI-FCA-0011054-89 | 11/5/2015 | SDP Security Specification - v1.0 | None |
| PL's N | | Highly Conf. | AAI-FCA-0011196-99 | 12/1/2020 | Document re ISO vs FCA | F, H |
| PL's P | | Conf. | AAI-FCA-0010935-39 | 11/8/2017 | Global Vehicle Cyber Security: Authenticated In-Vehicle Messages (Level 5) | F, H |

| Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description | AG Objection(s) |
|---|---|---|---|---|---|---|
| PL's S | | | N/A | 7/20/2020 | July 20, 2020 Letter from James C. Owens to the National Highway Traffic Safety Administration, nhtsa_testimony_in_respons e_to_ma_committee_letter_j uly_20_2020.pdf. | F, H, 403, 602, 701 |
| PL's T | 139 | Conf. | AAI-ACA-0001427-1566 | 11/2020 | Email from Bill Hanvey to Taylor Mitchell re Business Plan Artifacts with attachments | F, H, R |
| PL's U | 149 | | N/A | N/A | Using Connected Vehicle Technologies to Solve Real-World Operational Problems | F, H, R |
| PL's AE | 143 | Conf. | AAI-ACA-0038562-38585 | 1/4/2021 | Email from Bill Hanvey to multiple recipients re Mass Right to Repair Implementation 1/2/2021 | F, H, R, 403 |
| PL's AL | | Conf. | AAI-ACA-0016261-69 | 8/31/2020 | Email from Rob Gray to Aaron Lowe re Next TV and radio script with attachments | F, R, H |
| PL's AO | 133 | Conf. | AAI-ACA-0001650-1660 | 6/22/2015 | Email from Aaron Lowe to Bill Long re ACA Telematics White Paper Questions | H |
| PL's AP | 135 | Conf. | AAI-ACA-0011762 | 3/6/2020 | Email from Aaron Lowe to Joe Register and others re NHTSA Meeting | H |
| PL's AQ | 137 | Conf. | AAI-ACA-0014013-14014 | 6/12/2020 | Email from Aaron Lowe to Paul Fiore and Gabrielle Hopkins re NHTSA Call | H |
| PL's AR | 138 | Conf. | AAI-ACA-0014856 | 7/24/2020 | Email from Aaron Lowe to Ray Pohlman re NHTSA | H, C |
| PL's AX | 112 | | N/A | 4/16/2021 | Greg Potter's Response to Subpoena to Produce Documents, Information, or Objects | H, R |
| PL's AY | 150 | | N/A | N/A | Tampa (THEA) Connected vehicle Pilots Works with the Infrastructure Integrator to improve Vehicle to Infrastructure (V2I) | H, R |

| Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description | AG Objection (s) |
|---|---|---|---|---|---|---|
| | | | | | Connected Vehicle (CV) Applications | |
| PL's AZ | 142 | Conf. | AAI-ACA-0035131 and native attachments (32 pages) | 11/18/2020 | Email from Joe Register to multiple recipients re Today's Presentation & Business Model | H, R, 403 |
| PL's BA | 144 | Conf. | AAI-ACA-0039639 and native attachments (102 pages) | 1/7/2021 | Email from Joe Register to multiple recipients re OPCO business and financials | H, R, 403 |
| PL's BB | 13 | | N/A | N/A | An Initiative Law to Enhance, Update and Protect the 2013 Motor Vehicle Right to Repair Law | NE |
| PL's BC | 130 | | N/A | N/A | 2013 Right to Repair Law | NE |
| PL's BD | | | Ballot Initiative, Question 1 | N/A | Ballot Initiative, Question 1 | NE |
| PL's BE | | | N/A | N/A | 85 Fed. Reg. 83143 | NE |
| PL's BF | | | N/A | N/A | NHTSA, Enforcement Guidance Bulletin, 81 Fed. Reg. 65705 (Sept. 23, 2016) | NE |
| PL's BG | 77 | | AAI-AAI-0002613-2634 | 9/20/2002 | Letter to the Honorable Byron Dorgan and other letters | R |
| PL's BH | 111 | Conf. | AAI-ACA-0009173-4 | 6/11/2019 | Email from Greg Potter to Aaron Lowe re ETI Massachusetts Legislative Call | R |
| PL's BJ | 120 | Conf. | GP0000192-194 | 7/15/2020 | Email from Aaron Lowe to Greg Potter re CAR and CARE | R |
| PL's BK | 123 | Conf. | GP0000014-15 | 12/3/2020 | Email from Aaron Lowe to Greg Potter re Mass R2R | R |
| PL's BL | 129 | | COMM-AAI-000320 | 2/16/2021 | Letter from AG to MA Right to Repair Committee | R |
| PL's BM | 134 | Conf. | AAI-ACA-0007270-7273 | 7/9/2018 | Email from Aaron Lowe to Brian Hickey and Ray Pohlman re Bill Language | R |

| Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description | AG Objection (s) |
|---|---|---|---|---|---|---|
| PL's BN | 141 | Conf. | AAI-ACA-0026404-26418 | 4/24/2019 | Email from Taylor Mitchell to Joe Register re Materials for Auto Care Finance Committee Meeting 4/24/2019 | R |
| PL's BP | | Conf. | AAI-ACA-0000581-82 | 5/7/2020 | Email from Aaron Lowe to Trey Cook and Tommy Hickey re Massachusetts TV Ad with attachments | R |
| PL's BQ | 96 | Conf. | AAI-GM-0000025 | N/A | Product Cybersecurity: 101 | R, 403 |
| PL's BR | 97 | Conf. | AAI-GM 0000038 | 11/2/2018 | Global B Risk Assessment -- Cybersecurity | R, 403 |
| PL's BT | 107 | Conf. | AAI-GM-0000019 (native, 3 pages) | N/A | Slides re Introduction Connected Vehicle Attack Surface et seq. | R, 403 |
| PL's BU | 108 | Conf. | AAI-GM-0000026 (native, 25 pages) | 3/24/2017 | Slides re General Motors Product Cybersecurity NHTSA Overview | R, 403 |
| PL's BV | 109 | Conf. | AAI-GM-0000052 (native, 1 page) | N/A | Electrical Architecture Cybersecurity Capability vs Lifecycle | R, 403 |
| PL's CB | | Conf. | AAI-ACA-0000455-60 | 3/11/2020 | Email with attachments dated Mar. 11, 2020 from Greg Henslee to Ray Pohlman, cc'ing Bill Hanvey, Aaron Lowe from ACA re advertisements | R, H |
| PL's CC | | | N/A | 5/31/2020 | Massachusetts Right to Repair Committee TV Advertisement Video (https://www.youtube.com/watch?v=hQQbzEtlaq0) | R, H |
| PL's CD | | | N/A | 10/2/2020 | Massachusetts Right to Repair Committee TV Advertisement Video (https://www.youtube.com/watch?v=DszGbK1lkxo) | R, H |
| PL's CE | | | N/A | 9/16/2020 | Massachusetts Right to Repair Committee TV Advertisement Video | R, H |

| Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description | AG Objection (s) |
|---------|--------------|---------------|------------|------|-------------|------------------|
| | | | | | (https://www.youtube.com/watch?v=DBTbZpNRzIg) | |
| PL's CF | | | | | OCPF Ballot Question Committee Reports | F, H, R |

Dated: June 9, 2021

Respectfully submitted,

PLAINTIFF ALLIANCE FOR
AUTOMOTIVE INNOVATION

By its attorneys,

*/s/Laurence A. Schoen*
Laurence A. Schoen, BBO # 633002
Elissa Flynn-Poppey, BBO# 647189
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
lschoen@mintz.com
eflynn-poppey@mintz.com

John Nadolenco (*pro hac vice*)
Jason Linder (*pro hac vice*)
Daniel D. Queen (*pro hac vice*)
Erika Z. Jones (*pro hac vice*)
Eric A. White (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
jlinder@mayerbrown.com
dqueen@mayerbrown.com
ejones@mayerbrown.com
eawhite@mayerbrown.com

Charles H. Haake (*pro hac vice*)
Jessica L. Simmons (*pro hac vice*)
ALLIANCE FOR AUTOMOTIVE INNOVATION

1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on June 9, 2021.

*/s/ Laurence A. Schoen*
Laurence A. Schoen

113046363v.1