UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION, <br><br> Plaintiff, <br><br> v. <br><br> MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, in her official capacity, <br><br> Defendant. | CIVIL ACTION <br> NO. 1:20-cv-12090-DPW |

**DEFENDANT'S AMENDED EXHIBIT LIST**

Pursuant to the Amended Scheduling Order, ECF No. 138, the Order Regulating Non-Jury Civil Trial ¶ II(4)(c)-(d), and the Clerk's Notes for Pretrial Conference, ECF No. 180, Defendant Attorney General Maura Healey respectfully submits this amended list of exhibits that she may seek to introduce into evidence at trial. This list does not include exhibits the Attorney General plans to use solely for impeachment. The Attorney General reserves the right to supplement her exhibit list prior to trial.

The Attorney General is not seeking to introduce in evidence any exhibits to which the Plaintiff objects.

Exhibits 1-12 are joint exhibit to be introduced without objection.

Exhibits 501-527 are the Attorney General's exhibits to be introduced without objection.

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 1 | 1/15/2014 | Memorandum of Understanding and R2R Agreement | AAI-AAI-0002635 |
| 2 | 5/21/2015 | Vehicle & Vehicle Services Cybersecurity DLC Protection for Global A | AAI-GM-0000008 |
| 3 | 10/1/2016 | NHTSA Cybersecurity Best Practices for Modern Vehicles | |
| 4 | 9/18/2017 | Letter from John Pokrzywa to William Hanvey and others | AAI-AAI-0007281 |
| 5 | 4/1/2018 | Data Link Connector Policy | AAI-GM-0000030 |
| 6 | 7/1/2019 | Global Cybersecurity: NHTSA Meeting - July 2019 | AAI-GM-0001192 |
| 7 | 12/15/2019 | CAN1 4987/4986 Bus Topology | AAI-GM-0001422 |
| 8 | 6/29/2020 | Diagnostic Services Secure Access Rights | AAI-FCA-0011090 |
| 9 | 10/13/2020 | FCA Global Vehicle Cybersecurity Rollout | AAI-FCA-11200 |
| 10 | 1/7/2021 | NHTSA Request for Comments and Cybersecurity Best Practices for Modern Vehicles, Draft 2020 Update | |
| 11 | 1/29/2021 | Global A Serial Data Architecture, Version 7.4.3 | AAI-GM-0001585 |
| 12 | 4/9/2021 | Onstar Telematics Network Security Architecture | AAI-GM-0001687 |
| 501 | 12/1/2015 | NHTSA Report to Congress: "Electronic Systems Performance in Passenger Motor Vehicles" | AAI-AAI-0002214 |
| 502 | 11/28/2016 | Letter from Jeffrey Massimilla to Nathaniel Beuse Re: General Motors, LLC Comments, Docket Number NHTSA-2016-0104 | |
| 503 | 12/13/2016 | Letter from William Hanvey and others to Jack Pokrzywa and Tim Weisenberger | AAI-AAI-0007328 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 504 | 9/19/2017 | Global Vehicle Cyber Security: Firmware Over-the-Air (FOTA) | AAI-FCA-0010947 |
| 505 | 2/11/2019 | Email chain from Tim Turvey to Aaron Lowe, copying Bill Hanvey and others Re: Vehicle Data Access | AAI-GM-0000209 |
| 506 | 2/26/2019 | Massachusetts Telematics Bill and Ballot Initiave Update presentation | AAI-FCA-0011208 |
| 507 | 5/5/2020 | Letter from John Bozella to William Long and others | AAI-AAI-0006688 |
| 508 | 5/19/2020 | Letter from Bill Hanvey and others to John Bozzella | AAI-ACA-0013352 |
| 509 | 11/1/2020 | Massachusetts Information for Voters, 2020 Ballot Questions | |
| 510 | 11/4/2020 | Letter from William Hanvey to John Bozzella | AAI-AAI-0006621 |
| 511 | 11/5/2020 | Email chain from Laurence Sweeney to Alfred Adams, copying Stacy Lynett and others Re: Massachusetts Right to Repair in calendar 2022 | AAI-GM-0001568 |
| 512 | 11/9/2020 | Massachusetts Question 1 (2020) Right to Repair Update presentation | |
| 513 | 11/25/2020 | Executive Department, Council Chambers vote returns | |
| 514 | 3/1/2021 | Body Control Module$GMNA_BCM Global B Initialize Master Code List | AAI-GM-0001283 |
| 515 | 3/9/2021 | Plaintiff Alliance for Automotive Innovation's First Supplemental Responses to Attorney General Maura Healey's First Set of Interrogatories | |
| 516 | 1/27/2021 | MY20 Global B CGM Policy for Production | AAI-GM-0004577 |
| 517 | 1/27/2021 | MY21 Global B CGM Policy for Production | AAI-GM-0004584 |
| 518 | 1/27/2021 | MY22 Global B CGM Policy for Production | AAI-GM-0004591 |
| 519 | | Craig Smith *curriculum vitae* | |
| 520 | | Brian Romansky *curriculum vitae* | |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 521 | 1/29/2021 | Message Authentication Deep Dive | AAI-GM-0001584 |
| 522* | 9/6/2016 | Letter from AAA and others to Alliance for Automobile Manufacturers and Association of Global Automakers Re: Follow-up from August 24 Meeting | AAI-AAI-0007316 |
| 523** | 11/3/2016 | ITS Secure Vehicle Interface presentation | AAI-ACA-0022333 |
| 524** | 2/12/2019 | Secure ITS Framework & SVI presentation | AAI-ACA-0026065 |
| 525*** | 3/26/2019 | Email chain from Bill Hanvey to Bill Rhodes and Tim Turvey, copying Mark Finestone and others, Re: Telematics Data | AAI-GM-0000418 |
| 526 | 3/20/2019 | Email chain from Aaron Lowe to Jessica Simmons and Charles Haake, copying Ray Pohlman, Re: Right to Repair DRP | AAI-ACA-0008384 |
| 527* | 8/14/2018 | Letter from Aaron Lowe and Ray Pohlman to Donny Seyfer | AAI-AAI-0000226 |

\* Exhibits are being offered for the non-hearsay purpose of showing that the letter was sent but not for the truth of the statements made in the letter.

\*\* Exhibits are being offered for the non-hearsay purpose of showing that the presentation being offered in evidence was made but not for the truth of the statements made in the presentation.

\*\*\* Exhibits are being offered for the non-hearsay purpose of showing that the communications in the email chain occurred but not for the truth of the statements made in the emails.

|  |  |
|---|---|
| | Respectfully submitted, |
| | MAURA HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts, |
| | By her attorneys, |
| June 9, 2021 | */s/ Phoebe Fischer-Groban*<br>Robert E. Toone, BBO No. 663249<br>Eric A. Haskell, BBO No. 665533<br>Julia E. Kobick, BBO No. 680194<br>Phoebe Fischer-Groban, BBO No. 687068<br>　Assistant Attorneys General<br>Christine Fimognari, BBO No. 703410<br>　Special Assistant Attorney General<br>One Ashburton Place<br>Boston, Mass.  02108<br>(617) 963-2589<br>phoebe.fischer-groban@mass.gov |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 9, 2021.

>*/s/ Phoebe Fischer-Groban*
>Phoebe Fischer-Groban
>Assistant Attorney General