**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION, <br><br> Plaintiff, <br><br> v. <br><br> MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, in her official capacity, <br><br> Defendant. | Civil Action No. 1:20-cv-12090 |

**PARTIES' JOINT SCHEDULE OF WITNESSES FOR TRIAL**

Pursuant to this Court's Order at the hearing on June 10, 2021, the parties respectfully submit the following schedule of witnesses to be called at trial in order of expected appearance.

All anticipated times (which are unchanged from prior submission) are listed in minutes.

| Witness | Proponent | Cross-Exam | Redirect | Total Time for Witness | Attorneys in Courtroom for Witness[*] | |
|---|---|---|---|---|---|---|
|  |  |  |  |  | **Plaintiff** | **Defense** |
| 1. Douglas, Steve | Plaintiff | 20 | 15 | 35 | Linder,[†] Callahan, Nadolenco, Schoen, Queen | Kobick[†], Fimognari, Haskell, Toone |
| 2. Tierney, Kevin | Plaintiff | 90 | 60 | 150 | Nadolenco[†], Keck, Schoen, Linder, Queen | Fischer-Groban[†], Fimognari, Haskell, Toone |
| 3. Baltes, Kevin | Plaintiff | 60 | 45 | 105 | Queen,[†] Keck, Nadolenco, Schoen, Linder | Fischer-Groban[†], Fimognari, Haskell, Toone |

[*] Assumes that each side is limited to five attorneys at one time.
[†] Denotes attorney expected to be primarily responsible for that witness.

| Witness | Proponent | Cross-Exam | Redirect | Total Time for Witness | Attorneys in Courtroom for Witness[*] | |
|---|---|---|---|---|---|---|
| | | | | | **Plaintiff** | **Defense** |
| 4. Chernoby, Mark | Plaintiff | 90 | 60 | 150 | Linder, [†] Callahan, Nadolenco, Schoen, Queen | Fimognari[†], Fischer-Groban, Haskell, Toone |
| 5. Bort, Bryson | Plaintiff | 90 | 75 | 165 | Linder, [†] Keck, Nadolenco, Schoen, Queen | Haskell[†], Fimognari, Kobick, Toone |
| 6. Garrie, Daniel | Plaintiff | 90 | 75 | 165 | Nadolenco[†], Callahan, Schoen, Linder, Queen | Haskell[†], Fimognari, Kobick, Toone |
| 7. Lowe, Aaron | Defendant | 180 | 30 | 210 | Nadolenco[†], Keck, Schoen, Linder, Queen | Toone[†], Fimognari, Fischer-Groban, Haskell |
| 8. Potter, Greg | Defendant | 90 | 15 | 105 | Schoen[†], Callahan Nadolenco, Linder, Queen | Fimognari[†], Fischer-Groban, Haskell, Toone |
| 9. Smith, Craig | Defendant | 150 | 60 | 210 | Nadolenco[†], Keck, Schoen, Linder, Queen | Fimognari[†], Haskell, Kobick, Toone |
| 10. Romansky, Brian | Defendant | 150 | 60 | 210 | Queen, [†] Keck, Nadolenco, Schoen, Linder | Toone[†], Fimognari, Haskell, Kobick |

Dated: June 10, 2021

Respectfully submitted,

PLAINTIFF ALLIANCE FOR
AUTOMOTIVE INNOVATION,

By its attorneys,

/s/ Laurence A. Schoen
Laurence A. Schoen, BBO # 633002
Elissa Flynn-Poppey, BBO# 647189
Andrew N. Nathanson, BBO#548684
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
lschoen@mintz.com
eflynn-poppey@mintz.com
annathanson@mintz.com

John Nadolenco (pro hac vice)
Erika Z. Jones (pro hac vice)
Jason D. Linder (pro hac vice)
Daniel D. Queen (pro hac vice)
Eric A. White (pro hac vice)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
ejones@mayerbrown.com
jlinder@mayebrown.com
dqueen@mayerbrown.com
eawhite@mayerbrown.com

Charles H. Haake (pro hac vice)
Jessica L. Simmons (pro hac vice)
ALLIANCE FOR AUTOMOTIVE
INNOVATION
1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

DEFENDANT ATTORNEY GENERAL
MAURA HEALEY,

By her attorneys,

/s/ Eric A. Haskell
Robert E. Toone, BBO No. 663249
Eric A. Haskell, BBO No. 665533
Phoebe Fischer-Groban, BBO No. 687068
Julia Kobick, BBO No. 680194
   Assistant Attorneys General
Christine Fimognari, BBO No. 703410
   Special Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, Mass.  02108
(617) 963-2855
eric.haskell@mass.gov

3

## **CERTIFICATE OF SERVICE**

I certify that a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

/s/ *Laurence A. Schoen*

June 10, 2021                                                    Laurence A. Schoen

113128210v.1

4