IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>          Plaintiff,<br><br>     vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>          Defendant. | C.A. No. 1:20-cv-12090-DPW |

## JOINT FINAL PRETRIAL LIST OF ADMITTED EXHIBITS

Plaintiff Alliance for Automotive Innovation ("Auto Innovators" or "Plaintiff") and Defendant Maura Healey, Attorney General of the Commonwealth (the "Attorney General") respectfully submit this Joint List of the exhibits that one or both parties will seek to admit into evidence at the trial of Counts I and II of the Complaint and, where a particular exhibit is objected-to, the Court has indicated that it will receive that exhibit.  Exhibits 1-12 are joint exhibits that will be offered by both parties.  Exhibits 13-80 will be offered by Plaintiff.  Exhibits 501-527 will be offered by the Attorney General.[1]

---

[1] During earlier meet and confer discussions, the AG had agreed that Exhibits 522, 523, 524, 525, and 527 would be admitted for certain specified purposes and not for the truth of the matters asserted therein.  In light of the Court's discussion with the parties during the June 10, 2021 hearing as to how the Court intends to use documents admitted in evidence, Auto Innovators agrees to remove this express limitation from the exhibit list while reserving its right to argue about the use and weight of the documents.

| Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|
| 1 | 78 | | AAI-AAI-0002635-2641 | 1/15/2014 | 2014 MOU between AAIA, CARE, Alliance, and Global Automakers |
| 2 | 50 | Conf. | AAI-GM-0000008 (native, 8 pages) | N/A | Slides re Vehicle & Vehicle Services Cybersecurity DLC Protection for Global A |
| 3 | 72 | | N/A | 2016 | Cybersecurity Best Practices for Modern Vehicles (NHTSA) |
| 4 | 81 | | AAI-AAI-0007281-7282 | 9/18/2017 | Letter from SAE International to multiple recipients |
| 5 | 55 | Conf. | AAI-GM-0000030--32 | 4/1/2018 | Data Link Connector Policy |
| 6 | 38 | Conf. | AAI-GM-0001192 (native, 43 pages) | 7/20/2019 | Slides re Global Cybersecurity NHTSA Meeting July 2019 |
| 7 | 58 | Highly Conf. | AAI-GM-0001422-1511 | various | CAN 1 4987/4986 Bus Topology Documents |
| 8 | 2 | Conf. | AAI-FCA-0011090-11094 and 11095 (native Excel) | 6/29/2020 | Diagnostic Services Secure Access Rights Supporting Document and Spreadsheet |
| 9 | 4 | Highly Conf. | AAI-FCA-0011200 (native, 28 pages) | 10/1/2020 | FCA Global Vehicle Cybersecurity Rollout |
| 10 | | | N/A | 1/12/2021 | *Request for Comments on NHTSA's Cybersecurity Best Practices for the Safety of Motor Vehicles Draft 2020 Update*, 86 Fed. Reg. 2481, 2481 (Jan. 12, 2021) |
| 11 | 52 | Highly Conf. | AAI-GM-0001585-1617 | N/A | Global A Serial Data Architecture, Version 7.4.3 et seq. |
| 12 | 158 | Highly Conf. | AAI-GM-0001687 | N/A | Slides re Onstar Telematics Architecture Security et seq. |
| 13 | 5 | | AAI-FCA-0010998-11004 | 8/4/2015 | Part 573 Safety Recall Report |
| 14 | 36 | | AAI-AAI-0007279-7280 | 7/31/2017 | Letter from Auto Alliance/Global Automakers to Bill Hanvey and Ray Pohlman |

| Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|
| 15 | 70 | Conf. | AAI-GM-0001065 (native, 23 pages) | 5/2020 | Slides re Global Cybersecurity NHTSA Meeting May 2020 |
| 16 | 95 | Conf. | AAI-GM-0000035 | 8/16/2018 | GM Product Cybersecurity Defense-in-Depth |
| 17 | 99 | Conf. | AAI-GM-0000029 | 3/17/2018 | GM Policy on 3rd Party Aftermarket DLC Devices |
| 18 | 122 | Conf. | GP0000016-19 | 11/23/2020 | Email from Joe Register to multiple recipients re Massachusetts Data Law Legal Challenge Materials |
| 19 | 125 | | N/A | 4/1/2021 | Defendant's Second Amended Initial Disclosures |
| 20 | 136 | Conf. | AAI-ACA-0025198-25201 | 3/17/2021 | Email from Aaron Lowe to Joe Register re Information SDRM |
| 21 | 152 | | AAI-ACA-0011612 | 2/13/2020 | Email from Brian Romansky to Aaron Lowe re Boston Legislative Briefing |
| 22 | 153 | | AAI-ACA-0014716-14718 and attachment (total 31 pages) | 7/23/2020 | Email from Quinlan Brennan to Aaron Lowe re NHTSA Slides |
| 23 | | Conf. | AAI-FCA-0011205-208 | 3/27/2021 | Email from Alison Rodney to herself re Massachusetts Telematics Ballot Initiative with attached slides |
| 24 | | | N/A | 2020 | NHTSA, Cybersecurity Best Practices for the Safety of Modern Vehicles Draft 2020 Update (2020) https://www.nhtsa.gov/sites/nhtsa.gov/files/documents/vehicle_cybersecurity_best_practices_01072021.pdf |
| 25 | | | N/A | 3/22/2021 | Defendant's Response to Pl.'s First Request for Admission |
| 26 | | | N/A | 4/26/2021 | Defendant's Supplemental Responses to First Requests for Admission |
| 27 | | | N/A | 4/30/2021 | Defendant's Second Supplemental Responses to First Requests for Admission |

| Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|
| 28 | | | N/A | 3/22/2021 | Defendant's Response to Plaintiff's First Set of Interrogatories |
| 29 | | | N/A | 4/26/2021 | Defendant's Supplemental Response to First Set of Interrogatories |
| 30 | | | N/A | 4/30/2021 | Defendant's Second Supplemental Response to First Set of Interrogatories |
| 31 | | | N/A | 5/7/2021 | Defendant's Responses to Pl.'s Second Set of Interrogatories |
| 32 | | | N/A | 2/24/2021 | Defendant's Response to Pl.'s First Requests for Production |
| 33 | | | N/A | 5/7/2021 | Defendant's Responses to Pl.'s Second Set of Requests for Production |
| 34 | | | N/A | N/A | Daniel Garrie *curriculum vitae* |
| 35 | | | N/A | N/A | Bryson Bort *curriculum vitae* |
| 36 | 41 | Conf. | AAI-GM-0000022-24 | 9/15/2016 | Product Cybersecurity Policy for Secure Development Lifecycle |
| 37 | | | N/A | 2020 | NHTSA, *2020 Recall Annual Report*, https://www.nhtsa.gov/sites/nhtsa.gov/files/documents/2020_nhtsa_recall_annual_report_021021-tag.pdf (last accessed May 18, 2021). |
| 38 | | Conf. | AAI-GM-0000056 | 7/16/2019 | Slides re NHTSA Cybersecurity Meeting |
| 39 | | Conf. | AAI-GM-0000011 | 9/8/2015 | Slides re Vehicle Cybersecurity Overview |
| 40 | | Conf. | AAI-GM-0000013 | 3/14/2016 | Slides re Message Authentication GFL Overview |
| 41 | | Conf. | AAI-GM-0001567 | 8/7/2019 | Slides re Electrical Architecture and Global A_Global B Security |
| 42 | 39 | Conf. | AAI-GM-0000028 (native, 22 pages) | 11/20/2017 | Slides re Product Cybersecurity Overview -- Cybersecurity Risk Committee |
| 43 | | Conf. | AAI-GM-0000201 | 2/13/2021 | Slides re Secure Programming and Secure Boot |
| 44 | 40 | Conf. | AAI-GM-0000014-16 | 1/28/2016 | GM Vehicle Cybersecurity Guidelines |

| Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|
| 45 | 53 | Conf. | AAI-GM-0000012 (native, 5 pages) | N/A | Slides re Current Vehicle Data Control Points |
| 46 | 56 | Conf. | AAI-GM-0000053 (native, 1 page) | N/A | Data Access & Device Support for Data Link Connector (DLC/OBDII) Port -- GM Electrical Architectures |
| 47 | | Conf. | AAI-FCA-0010921-28 | 10/18/2017 | Global Vehicle Cyber Security: Vehicle Network Segmentation and Separation (Level 3) |
| 48 | | Conf. | AAI-FCA-0010994 | 8/11/2015 | FCA US LLC Chronology Select 2015 Vehicles, RA3/4 Improved Security Protection |
| 49 | | | AAI-FCA-0010995-97 | 9/25/2015 | Part 573 Safety Recall Report |
| 50 | | Conf. | AAI-FCA-0010935-39 | 11/8/2017 | Global Vehicle Cyber Security: Authenticated In-Vehicle Messages (Level 5) |
| 51 | | Highly Conf. | AAI-FCA-0011194 (native Excel) | N/A | Threat Analysis and Risk Assessment and Spreadsheet |
| 52 | 106 | Conf. | AAI-GM-0000002 (native, 6 pages) | N/A | Slides re Cybersecurity Strategy Global A et seq. |
| 53 | 47 | Conf. | AAI-GM-0000187 (native, 17 pages) | N/A | Slides re Secure Diagnostics & Secure Unlock |
| 54 | 57 | Conf. | AAI-GM-0000190 | N/A | Global B Electrical Architecture Overview |
| 55 | 59 | Highly Conf. | AAI-GM-0001512-1541 | various | Technical documents |
| 56 | 98 | Conf. | AAI-GM 0000009 | N/A | 3.2.1.2.5.8 Vehicle Cybersecurity |
| 57 | | Conf. | AAI-FCA-0011005-53 | 11/5/2015 | Brought In Mobile Device Security Requirements and Assessment Procedures |
| 58 | | Conf. | AAI-FCA-0011054-89 | 11/5/2015 | SDP Security Specification - v1.0 |

| Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|
| 59 | | Highly Conf. | AAI-FCA-0011196-99 | 12/1/2020 | Document re ISO vs FCA |
| 60 | | | N/A | 7/20/2020 | Letter from James C. Owens of NHTSA to Rep. Chan. & Senator Feeney of Massachusetts Legislature |
| 61 | 139 | Conf. | AAI-ACA-0001427-1566 | 11/2020 | Email from Bill Hanvey to Taylor Mitchell re Business Plan Artifacts with attachments |
| 62 | 143 | Conf. | AAI-ACA-0038562-38585 | 1/4/2021 | Email from Bill Hanvey to multiple recipients re Mass Right to Repair Implementation 1/2/2021 |
| 63 | 133 | | AAI-ACA-0001650-1660 | 6/22/2015 | Email from Aaron Lowe to Bill Long re ACA Telematics White Paper Questions |
| 64 | 135 | | AAI-ACA-0011762 | 3/6/2020 | Email from Aaron Lowe to Joe Register and others re NHTSA Meeting |
| 65 | 137 | | AAI-ACA-0014013-14014 | 6/12/2020 | Email from Aaron Lowe to Paul Fiore and Gabrielle Hopkins re NHTSA Call |
| 66 | 138 | Conf. | AAI-ACA-0014856 | 7/24/2020 | Email from Aaron Lowe to Ray Pohlman re NHTSA |
| 67 | 142 | Conf. | AAI-ACA-0035131 and native attachments (32 pages) | 11/18/2020 | Email from Joe Register to multiple recipients re Today's Presentation & Business Model |
| 68 | 144 | Conf. | AAI-ACA-0039639 and native attachments (102 pages) | 1/7/2021 | Email from Joe Register to multiple recipients re OPCO business and financials |
| 69 | 77 | | AAI-AAI-0002613-2634 | 9/20/2002 | Letter to the Honorable Byron Dorgan and other letters |
| 70 | 111 | | AAI-ACA-0009173-4 | 6/11/2019 | Email from Greg Potter to Aaron Lowe re ETI Massachusetts Legislative Call |
| 71 | 120 | Conf. | GP0000192-194 | 7/15/2020 | Email from Aaron Lowe to Greg Potter re CAR and CARE |

| Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|
| 72 | 123 | Conf. | GP0000014-15 | 12/3/2020 | Email from Aaron Lowe to Greg Potter re Mass R2R |
| 73 | 134 | | AAI-ACA-0007270-7273 | 7/9/2018 | Email from Aaron Lowe to Brian Hickey and Ray Pohlman re Bill Language |
| 74 | 141 | Conf./ Highly Conf. attchmts | AAI-ACA-0026404-26418 | 4/24/2019 | Email from Taylor Mitchell to Joe Register re Materials for Auto Care Finance Committee Meeting 4/24/2019 |
| 75 | 96 | Conf. | AAI-GM-0000025 | N/A | Product Cybersecurity: 101 |
| 76 | 97 | Conf. | AAI-GM 0000038 | 11/2/2018 | Global B Risk Assessment -- Cybersecurity |
| 77 | 107 | Conf. | AAI-GM-0000019 (native, 3 pages) | N/A | Slides re Introduction Connected Vehicle Attack Surface et seq. |
| 78 | 108 | Conf. | AAI-GM-0000026 (native, 25 pages) | 3/24/2017 | Slides re General Motors Product Cybersecurity NHTSA Overview |
| 79 | 109 | Conf. | AAI-GM-0000052 (native, 1 page) | N/A | Electrical Architecture Cybersecurity Capability vs Lifecycle |
| 80 | | | | | OCPF Ballot Question Committee Reports |
| 501 | 74 | | AAI-AAI-0002214 | 12/1/2015 | NHTSA Report to Congress: "Electronic Systems Performance in Passenger Motor Vehicles" |
| 502 | | | | 11/28/2016 | Letter from Jeffrey Massimilla to Nathaniel Beuse Re: General Motors, LLC Comments, Docket Number NHTSA-2016-0104 |
| 503 | 35 | | AAI-AAI-0007328 | 12/13/2016 | Letter from William Hanvey and others to Jack Pokrzywa and Tim Weisenberger |

| Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|
| 504 | | Conf. | AAI-FCA-0010947 | 9/19/2017 | Global Vehicle Cyber Security: Firmware Over-the-Air (FOTA) |
| 505 | | | AAI-GM-0000209 | 2/11/2019 | Email chain from Tim Turvey to Aaron Lowe, copying Bill Hanvey and others Re: Vehicle Data Access |
| 506 | | Conf. | AAI-FCA-0011208 | 2/26/2019 | Massachusetts Telematics Bill and Ballot Initiative Update presentation |
| 507 | | | AAI-AAI-0006688 | 5/5/2020 | Letter from John Bozella to William Long and others |
| 508 | | | AAI-ACA-0013352 | 5/19/2020 | Letter from Bill Hanvey and others to John Bozzella |
| 509 | | | | 11/1/2020 | Massachusetts Information for Voters, 2020 Ballot Questions |
| 510 | | | AAI-AAI-0006621 | 11/4/2020 | Letter from William Hanvey to John Bozzella |
| 511 | 63 | Conf. | AAI-GM-0001568 | 11/5/2020 | Email chain from Laurence Sweeney to Alfred Adams, copying Stacy Lynett and others Re: Massachusetts Right to Repair in calendar 2022 |
| 512 | 128 | Conf. | | 11/9/2020 | Massachusetts Question 1 (2020) Right to Repair Update presentation |
| 513 | | | | 11/25/2020 | Executive Department, Council Chambers vote returns |
| 514 | | Conf. | AAI-GM-0001283 | 3/1/2021 | Body Control Module$GMNA_BCM Global B Initialize Master Code List |
| 515 | 9 | Conf. | | 3/9/2021 | Plaintiff Alliance for Automotive Innovation's First Supplemental Responses to Attorney General Maura Healey's First Set of Interrogatories |

| Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|
| 516 | | Highly Conf. | AAI-GM-0004577 | 1/27/2021 | MY20 Global B CGM Policy for Production |
| 517 | | Highly Conf. | AAI-GM-0004584 | 1/27/2021 | MY21 Global B CGM Policy for Production |
| 518 | | Highly Conf. | AAI-GM-0004591 | 1/27/2021 | MY22 Global B CGM Policy for Production |
| 519 | | | | | Craig Smith *curriculum vitae* |
| 520 | | | | | Brian Romansky *curriculum vitae* |
| 521 | | Highly Conf. | AAI-GM-0001584 | 1/29/2021 | Message Authentication Deep Dive |
| 522 | | | AAI-AAI-0007316 | 9/6/2016 | Letter from AAA and others to Alliance for Automobile Manufacturers and Association of Global Automakers Re: Follow-up from August 24 Meeting |
| 523 | | | AAI-ACA-0022333 | 11/3/2016 | ITS Secure Vehicle Interface presentation |
| 524 | | | AAI-ACA-0026065 | 2/12/2019 | Secure ITS Framework & SVI presentation |
| 525 | 103 | | AAI-GM-0000418 | 3/26/2019 | Email chain from Bill Hanvey to Bill Rhodes and Tim Turvey, copying Mark Finestone and others, Re: Telematics Data |
| 526 | | | AAI-ACA-0008384 | 3/20/2019 | Email chain from Aaron Lowe to Jessica Simmons and Charles Haake, copying Ray Pohlman, Re: Right to Repair DRP |
| 527 | | Conf. | AAI-ACA-0000226 | 8/14/2018 | Letter from Aaron Lowe and Ray Pohlman to Donny Seyfer |

Dated: June 11, 2021

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF ALLIANCE FOR AUTOMOTIVE INNOVATION, | DEFENDANT ATTORNEY GENERAL MAURA HEALEY, |
| By its attorneys, | By her attorneys, |
| */s/ Laurence A. Schoen* | */s/ Eric A. Haskell* |
| Laurence A. Schoen, BBO # 633002 | Robert E. Toone, BBO No. 663249 |
| Elissa Flynn-Poppey, BBO# 647189 | Eric A. Haskell, BBO No. 665533 |
| Andrew N. Nathanson, BBO#548684 | Phoebe Fischer-Groban, BBO No. 687068 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. | Julia Kobick, BBO No. 680194 |
| | Assistant Attorneys General |
| One Financial Center | Christine Fimognari, BBO No. 703410 |
| Boston, MA 02111 | Special Assistant Attorney General |
| Tel: (617) 542-6000 | Office of the Attorney General |
| lschoen@mintz.com | One Ashburton Place |
| eflynn-poppey@mintz.com | Boston, Mass.  02108 |
| annathanson@mintz.com | (617) 963-2855 |
| | eric.haskell@mass.gov |
| John Nadolenco (pro hac vice) | |
| Erika Z. Jones (pro hac vice) | |
| Jason D. Linder (pro hac vice) | |
| Daniel D. Queen (pro hac vice) | |
| Eric A. White (pro hac vice) | |
| MAYER BROWN LLP | |
| 1999 K Street, NW | |
| Washington, DC 20006 | |
| Tel: (202) 263-3000 | |
| jnadolenco@mayerbrown.com | |
| ejones@mayerbrown.com | |
| jlinder@mayebrown.com | |
| dqueen@mayerbrown.com | |
| eawhite@mayerbrown.com | |
| Charles H. Haake (pro hac vice) | |
| Jessica L. Simmons (pro hac vice) | |
| ALLIANCE FOR AUTOMOTIVE INNOVATION | |
| 1050 K Street, NW | |
| Suite 650 | |
| Washington, DC 20001 | |
| Tel: (202) 326-5500 | |
| chaake@autosinnovate.org | |
| jsimmons@autosinnovate.org | |

## **CERTIFICATE OF SERVICE**

      I certify that on June 11, 2021, a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

/s/ *Laurence A. Schoen*
Laurence A. Schoen

113129495v.2