IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>Plaintiff,<br><br>vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>Defendant. | C.A. No. 1:20-cv-12090-DPW |

**JOINT FINAL LIST OF ADMITTED EXHIBITS**

Plaintiff Alliance for Automotive Innovation ("Auto Innovators" or "Plaintiff") and Defendant Maura Healey, Attorney General of the Commonwealth (the "Attorney General") respectfully submit this supplement to the Joint List of the exhibits previously filed as ECF 190 to identify the witness or other method by which the document has been admitted in evidence. Exhibits 1-12 are joint exhibits that were offered by both parties. Exhibits 13-80 were offered by Plaintiff. Exhibits 501-527 were offered by the Attorney General.[1]

---

[1] During earlier meet and confer discussions, the AG had agreed that Exhibits 522, 523, 524, 525, and 527 would be admitted for certain specified purposes and not for the truth of the matters asserted therein. In light of the Court's discussion with the parties during the June 10, 2021 hearing as to how the Court intends to use documents admitted in evidence, Auto Innovators agrees to remove this express limitation from the exhibit list while reserving its right to argue about the use and weight of the documents.

| Witness | Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|---|
| Steve Douglas / Aaron Lowe | 1 | 78 | | AAI-AAI-0002635-2641 | 1/15/2014 | 2014 MOU between AAIA, CARE, Alliance, and Global Automakers |
| Kevin Tierney | 2 | 50 | Conf. | AAI-GM-0000008 (native, 8 pages) | N/A | Slides re Vehicle & Vehicle Services Cybersecurity DLC Protection for Global A |
| Kevin Tierney / Kevin Baltes / Mark Chernoby | 3 | 72 | | N/A | 2016 | Cybersecurity Best Practices for Modern Vehicles (NHTSA) |
| Steve Douglas / Aaron Lowe | 4 | 81 | | AAI-AAI-0007281-7282 | 9/18/2017 | Letter from SAE International to multiple recipients |
| Kevin Tierney | 5 | 55 | Conf. | AAI-GM-0000030--32 | 4/1/2018 | Data Link Connector Policy |
| Kevin Tierney / Craig Smith | 6 | 38 | Conf. | AAI-GM-0001192 (native, 43 pages) | 7/20/2019 | Slides re Global Cybersecurity NHTSA Meeting July 2019 |
| Kevin Tierney / Craig Smith | 7 | 58 | Highly Conf. | AAI-GM-0001422-1511 | various | CAN 1 4987/4986 Bus Topology Documents |
| Mark Chernoby / Craig Smith | 8 | 2 | Conf. | AAI-FCA-0011090-11094 and 11095 (native Excel) | 6/29/2020 | Diagnostic Services Secure Access Rights Supporting Document and Spreadsheet |
| Mark Chernoby / Craig Smith | 9 | 4 | Highly Conf. | AAI-FCA-0011200 (native, 28 pages) | 10/1/2020 | FCA Global Vehicle Cybersecurity Rollout |
| Standalone Exhibit | 10 | | | N/A | 1/12/2021 | *Request for Comments on NHTSA's Cybersecurity Best Practices for the Safety of Motor Vehicles Draft 2020 Update*, 86 Fed. Reg. 2481, 2481 (Jan. 12, 2021) |
| Kevin Tierney / Craig Smith | 11 | 52 | Highly Conf. | AAI-GM-0001585-1617 | N/A | Global A Serial Data Architecture, Version 7.4.3 et seq. |

| Witness | Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|---|
| Kevin Tierney / Craig Smith | 12 | 158 | Highly Conf. | AAI-GM-0001687 | N/A | Slides re Onstar Telematics Architecture Security et seq. |
| Mark Chernoby | 13 | 5 | | AAI-FCA-0010998-11004 | 8/4/2015 | Part 573 Safety Recall Report |
| Steve Douglas | 14 | 36 | | AAI-AAI-0007279-7280 | 7/31/2017 | Letter from Auto Alliance/Global Automakers to Bill Hanvey and Ray Pohlman |
| Kevin Tierney | 15 | 70 | Conf. | AAI-GM-0001065 (native, 23 pages) | 5/2020 | Slides re Global Cybersecurity NHTSA Meeting May 2020 |
| Kevin Tierney | 16 | 95 | Conf. | AAI-GM-0000035 | 8/16/2018 | GM Product Cybersecurity Defense-in-Depth |
| Kevin Tierney | 17 | 99 | Conf. | AAI-GM-0000029 | 3/17/2018 | GM Policy on 3rd Party Aftermarket DLC Devices |
| Not Introduced | 18 | 122 | Conf. | GP0000016-19 | 11/23/2020 | Email from Joe Register to multiple recipients re Massachusetts Data Law Legal Challenge Materials |
| Standalone Exhibit | 19 | 125 | | N/A | 4/1/2021 | Defendant's Second Amended Initial Disclosures |
| Aaron Lowe cross | 20 | 136 | Conf. | AAI-ACA-0025198-25201 | 3/17/2021 | Email from Aaron Lowe to Joe Register re Information SDRM |
| Aaron Lowe cross | 21 | 152 | | AAI-ACA-0011612 | 2/13/2020 | Email from Brian Romansky to Aaron Lowe re Boston Legislative Briefing |
| Aaron Lowe cross | 22 | 153 | | AAI-ACA-0014716-14718 and attachment (total 31 pages) | 7/23/2020 | Email from Quinlan Brennan to Aaron Lowe re NHTSA Slides |
| Mark Chernoby / Daniel Garrie | 23 | | Conf. | AAI-FCA-0011205-208 | 3/27/2021 | Email from Alison Rodney to herself re Massachusetts Telematics Ballot Initiative with attached slides |
| Kevin Tierney / Kevin Baltes / Mark Chernoby | 24 | | | N/A | 2020 | NHTSA, Cybersecurity Best Practices for the Safety of Modern Vehicles Draft 2020 Update (2020) https://www.nhtsa.gov/sites/nhtsa.gov/ |

| Witness | Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|---|
| | | | | | | files/documents/vehicle_cybersecurity_best_practices_01072021.pdf |
| Standalone Exhibit | 25 | | | N/A | 3/22/2021 | Defendant's Response to Pl.'s First Request for Admission |
| Standalone Exhibit | 26 | | | N/A | 4/26/2021 | Defendant's Supplemental Responses to First Requests for Admission |
| Standalone Exhibit | 27 | | | N/A | 4/30/2021 | Defendant's Second Supplemental Responses to First Requests for Admission |
| Standalone Exhibit | 28 | | | N/A | 3/22/2021 | Defendant's Response to Plaintiff's First Set of Interrogatories |
| Standalone Exhibit | 29 | | | N/A | 4/26/2021 | Defendant's Supplemental Response to First Set of Interrogatories |
| Standalone Exhibit | 30 | | | N/A | 4/30/2021 | Defendant's Second Supplemental Response to First Set of Interrogatories |
| Standalone Exhibit | 31 | | | N/A | 5/7/2021 | Defendant's Responses to Pl.'s Second Set of Interrogatories |
| Standalone Exhibit | 32 | | | N/A | 2/24/2021 | Defendant's Response to Pl.'s First Requests for Production |
| Standalone Exhibit | 33 | | | N/A | 5/7/2021 | Defendant's Responses to Pl.'s Second Set of Requests for Production |
| Daniel Garrie | 34 | | | N/A | N/A | Daniel Garrie *curriculum vitae* |
| Bryson Bort | 35 | | | N/A | N/A | Bryson Bort *curriculum vitae* |
| Kevin Tierney / Kevin Baltes | 36 | 41 | Conf. | AAI-GM-0000022-24 | 9/15/2016 | Product Cybersecurity Policy for Secure Development Lifecycle |
| Kevin Tierney / Mark Chernoby | 37 | | | N/A | 2020 | NHTSA, *2020 Recall Annual Report*, https://www.nhtsa.gov/sites/nhtsa.gov/files/documents/2020_nhtsa_recall_annual_report_021021-tag.pdf (last accessed May 18, 2021). |
| Kevin Tierney | 38 | | Conf. | AAI-GM-0000056 | 7/16/2019 | Slides re NHTSA Cybersecurity Meeting |

4

| Witness | Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|---|
| Kevin Tierney | 39 | | Conf. | AAI-GM-0000011 | 9/8/2015 | Slides re Vehicle Cybersecurity Overview |
| Kevin Tierney | 40 | | Conf. | AAI-GM-0000013 | 3/14/2016 | Slides re Message Authentication GFL Overview |
| Kevin Tierney / Kevin Baltes | 41 | | Conf. | AAI-GM-0001567 | 8/7/2019 | Slides re Electrical Architecture and Global A_Global B Security |
| Kevin Tierney | 42 | 39 | Conf. | AAI-GM-0000028 (native, 22 pages) | 11/20/2017 | Slides re Product Cybersecurity Overview -- Cybersecurity Risk Committee |
| Kevin Tierney | 43 | | Conf. | AAI-GM-0000201 | 2/13/2021 | Slides re Secure Programming and Secure Boot |
| Kevin Tierney | 44 | 40 | Conf. | AAI-GM-0000014-16 | 1/28/2016 | GM Vehicle Cybersecurity Guidelines |
| Kevin Tierney | 45 | 53 | Conf. | AAI-GM-0000012 (native, 5 pages) | N/A | Slides re Current Vehicle Data Control Points |
| Kevin Tierney | 46 | 56 | Conf. | AAI-GM-0000053 (native, 1 page) | N/A | Data Access & Device Support for Data Link Connector (DLC/OBDII) Port -- GM Electrical Architectures |
| Mark Chernoby | 47 | | Conf. | AAI-FCA-0010921-28 | 10/18/2017 | Global Vehicle Cyber Security: Vehicle Network Segmentation and Separation (Level 3) |
| Mark Chernoby | 48 | | Conf. | AAI-FCA-0010994 | 8/11/2015 | FCA US LLC Chronology Select 2015 Vehicles, RA3/4 Improved Security Protection |
| Mark Chernoby | 49 | | | AAI-FCA-0010995-97 | 9/25/2015 | Part 573 Safety Recall Report |
| Mark Chernoby | 50 | | Conf. | AAI-FCA-0010935-39 | 11/8/2017 | Global Vehicle Cyber Security: Authenticated In-Vehicle Messages (Level 5) |
| Mark Chernoby | 51 | | Highly Conf. | AAI-FCA-0011194 (native Excel) | N/A | Threat Analysis and Risk Assessment and Spreadsheet |
| Kevin Tierney | 52 | 106 | Conf. | AAI-GM-0000002 (native, 6 pages) | N/A | Slides re Cybersecurity Strategy Global A et seq. |

| Witness | Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|---|
| Kevin Tierney | 53 | 47 | Conf. | AAI-GM-0000187 (native, 17 pages) | N/A | Slides re Secure Diagnostics & Secure Unlock |
| Kevin Tierney | 54 | 57 | Conf. | AAI-GM-0000190 | N/A | Global B Electrical Architecture Overview |
| Kevin Tierney | 55 | 59 | Highly Conf. | AAI-GM-0001512-1541 | various | Technical documents |
| Kevin Tierney | 56 | 98 | Conf. | AAI-GM 0000009 | N/A | 3.2.1.2.5.8 Vehicle Cybersecurity |
| Mark Chernoby | 57 | | Conf. | AAI-FCA-0011005-53 | 11/5/2015 | Brought In Mobile Device Security Requirements and Assessment Procedures |
| Mark Chernoby | 58 | | Conf. | AAI-FCA-0011054-89 | 11/5/2015 | SDP Security Specification - v1.0 |
| Mark Chernoby | 59 | | Highly Conf. | AAI-FCA-0011196-99 | 12/1/2020 | Document re ISO vs FCA |
| Kevin Tierney / Mark Chernoby / Daniel Garrie | 60 | | | N/A | 7/20/2020 | Letter from James C. Owens of NHTSA to Rep. Chan. & Senator Feeney of Massachusetts Legislature |
| Aaron Lowe cross | 61 | 139 | Conf. | AAI-ACA-0001427-1566 | 11/2020 | Email from Bill Hanvey to Taylor Mitchell re Business Plan Artifacts with attachments |
| Aaron Lowe cross / Taylor Mitchell | 62 | 143 | Conf. | AAI-ACA-0038562-38585 | 1/4/2021 | Email from Bill Hanvey to multiple recipients re Mass Right to Repair Implementation 1/2/2021 |
| Aaron Lowe cross | 63 | 133 | | AAI-ACA-0001650-1660 | 6/22/2015 | Email from Aaron Lowe to Bill Long re ACA Telematics White Paper Questions |
| Aaron Lowe cross | 64 | 135 | | AAI-ACA-0011762 | 3/6/2020 | Email from Aaron Lowe to Joe Register and others re NHTSA Meeting |
| Aaron Lowe cross | 65 | 137 | | AAI-ACA-0014013-14014 | 6/12/2020 | Email from Aaron Lowe to Paul Fiore and Gabrielle Hopkins re NHTSA Call |

6

| Witness | Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|---|
| Aaron Lowe cross | 66 | 138 | Conf. | AAI-ACA-0014856 | 7/24/2020 | Email from Aaron Lowe to Ray Pohlman re NHTSA |
| Aaron Lowe cross / Taylor Mitchell | 67 | 142 | Conf. | AAI-ACA-0035131 and native attachments (32 pages) | 11/18/2020 | Email from Joe Register to multiple recipients re Today's Presentation & Business Model |
| Aaron Lowe cross / Taylor Mitchell | 68 | 144 | Conf. | AAI-ACA-0039639 and native attachments (102 pages) | 1/7/2021 | Email from Joe Register to multiple recipients re OPCO business and financials |
| Steve Douglas | 69 | 77 | | AAI-AAI-0002613-2634 | 9/20/2002 | Letter to the Honorable Byron Dorgan and other letters |
| Gregory Potter cross / Aaron Lowe cross | 70 | 111 | | AAI-ACA-0009173-4 | 6/11/2019 | Email from Greg Potter to Aaron Lowe re ETI Massachusetts Legislative Call |
| Gregory Potter cross | 71 | 120 | Conf. | GP0000192-194 | 7/15/2020 | Email from Aaron Lowe to Greg Potter re CAR and CARE |
| Gregory Potter cross | 72 | 123 | Conf. | GP0000014-15 | 12/3/2020 | Email from Aaron Lowe to Greg Potter re Mass R2R |
| Aaron Lowe cross | 73 | 134 | | AAI-ACA-0007270-7273 | 7/9/2018 | Email from Aaron Lowe to Brian Hickey and Ray Pohlman re Bill Language |
| Aaron Lowe cross | 74 | 141 | Conf./ Highly Conf. attchmts | AAI-ACA-0026404-26418 | 4/24/2019 | Email from Taylor Mitchell to Joe Register re Materials for Auto Care Finance Committee Meeting 4/24/2019 |
| Kevin Tierney | 75 | 96 | Conf. | AAI-GM-0000025 | N/A | Product Cybersecurity: 101 |
| Kevin Tierney | 76 | 97 | Conf. | AAI-GM 0000038 | 11/2/2018 | Global B Risk Assessment -- Cybersecurity |
| Kevin Tierney | 77 | 107 | Conf. | AAI-GM-0000019 (native, 3 pages) | N/A | Slides re Introduction Connected Vehicle Attack Surface et seq. |

| Witness | Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|---|
| Kevin Tierney | 78 | 108 | Conf. | AAI-GM-0000026 (native, 25 pages) | 3/24/2017 | Slides re General Motors Product Cybersecurity NHTSA Overview |
| Kevin Tierney | 79 | 109 | Conf. | AAI-GM-0000052 (native, 1 page) | N/A | Electrical Architecture Cybersecurity Capability vs Lifecycle |
| Standalone Exhibit | 80 | | | | | OCPF Ballot Question Committee Reports |
| Not Introduced | 501 | 74 | | AAI-AAI-0002214 | 12/1/2015 | NHTSA Report to Congress: "Electronic Systems Performance in Passenger Motor Vehicles" |
| Kevin Tierney | 502 | | | | 11/28/2016 | Letter from Jeffrey Massimilla to Nathaniel Beuse Re: General Motors, LLC Comments, Docket Number NHTSA-2016-0104 |
| Aaron Lowe | 503 | 35 | | AAI-AAI-0007328 | 12/13/2016 | Letter from William Hanvey and others to Jack Pokrzywa and Tim Weisenberger |
| Craig Smith | 504 | | Conf. | AAI-FCA-0010947 | 9/19/2017 | Global Vehicle Cyber Security: Firmware Over-the-Air (FOTA) |
| Kevin Tierney / Aaron Lowe | 505 | | | AAI-GM-0000209 | 2/11/2019 | Email chain from Tim Turvey to Aaron Lowe, copying Bill Hanvey and others Re: Vehicle Data Access |
| Mark Chernoby | 506 | | Conf. | AAI-FCA-0011208 | 2/26/2019 | Massachusetts Telematics Bill and Ballot Initiative Update presentation |
| Aaron Lowe | 507 | | | AAI-AAI-0006688 | 5/5/2020 | Letter from John Bozella to William Long and others |
| Aaron Lowe | 508 | | | AAI-ACA-0013352 | 5/19/2020 | Letter from Bill Hanvey and others to John Bozzella |
| Standalone Exhibit | 509 | | | | 11/1/2020 | Massachusetts Information for Voters, 2020 Ballot Questions |

| Witness | Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|---|
| Aaron Lowe | 510 | | | AAI-AAI-0006621 | 11/4/2020 | Letter from William Hanvey to John Bozzella |
| Matthew Mackay | 511 | 63 | Conf. | AAI-GM-0001568 | 11/5/2020 | Email chain from Laurence Sweeney to Alfred Adams, copying Stacy Lynett and others Re: Massachusetts Right to Repair in calendar 2022 |
| Matthew Mackay | 512 | 128 | Conf. | | 11/9/2020 | Massachusetts Question 1 (2020) Right to Repair Update presentation |
| Standalone Exhibit | 513 | | | | 11/25/2020 | Executive Department, Council Chambers vote returns |
| Craig Smith | 514 | | Conf. | AAI-GM-0001283 | 3/1/2021 | Body Control Module$GMNA_BCM Global B Initialize Master Code List |
| Craig Smith | 515 | 9 | Conf. | | 3/9/2021 | Plaintiff Alliance for Automotive Innovation's First Supplemental Responses to Attorney General Maura Healey's First Set of Interrogatories |
| Kevin Tierney cross | 516 | | Highly Conf. | AAI-GM-0004577 | 1/27/2021 | MY20 Global B CGM Policy for Production |
| Kevin Tierney cross | 517 | | Highly Conf. | AAI-GM-0004584 | 1/27/2021 | MY21 Global B CGM Policy for Production |
| Kevin Tierney cross | 518 | | Highly Conf. | AAI-GM-0004591 | 1/27/2021 | MY22 Global B CGM Policy for Production |
| Craig Smith | 519 | | | | | Craig Smith *curriculum vitae* |
| Brian Romansky | 520 | | | | | Brian Romansky *curriculum vitae* |
| Craig Smith | 521 | | Highly Conf. | AAI-GM-0001584 | 1/29/2021 | Message Authentication Deep Dive |

| Witness | Trial Ex. No. | Dep. Ex. No. | Conf. Design. | Bates Nos. | Date | Description |
|---|---|---|---|---|---|---|
| Aaron Lowe | 522 | | | AAI-AAI-0007316 | 9/6/2016 | Letter from AAA and others to Alliance for Automobile Manufacturers and Association of Global Automakers Re: Follow-up from August 24 Meeting |
| Aaron Lowe | 523 | | | AAI-ACA-0022333 | 11/3/2016 | ITS Secure Vehicle Interface presentation |
| Aaron Lowe | 524 | | | AAI-ACA-0026065 | 2/12/2019 | Secure ITS Framework & SVI presentation |
| Aaron Lowe | 525 | 103 | | AAI-GM-0000418 | 3/26/2019 | Email chain from Bill Hanvey to Bill Rhodes and Tim Turvey, copying Mark Finestone and others, Re: Telematics Data |
| Aaron Lowe | 526 | | | AAI-ACA-0008384 | 3/20/2019 | Email chain from Aaron Lowe to Jessica Simmons and Charles Haake, copying Ray Pohlman, Re: Right to Repair DRP |
| Aaron Lowe | 527 | | Conf. | AAI-ACA-0000226 | 8/14/2018 | Letter from Aaron Lowe and Ray Pohlman to Donny Seyfer |

Dated: June 15, 2021

Respectfully submitted,

| PLAINTIFF ALLIANCE FOR AUTOMOTIVE INNOVATION, | DEFENDANT ATTORNEY GENERAL MAURA HEALEY, |
|---|---|
| By its attorneys, | By her attorneys, |
| */s/ Laurence A. Schoen* <br> Laurence A. Schoen, BBO # 633002 <br> Elissa Flynn-Poppey, BBO# 647189 <br> Andrew N. Nathanson, BBO#548684 <br> MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. <br> One Financial Center <br> Boston, MA 02111 <br> Tel: (617) 542-6000 <br> lschoen@mintz.com <br> eflynn-poppey@mintz.com <br> annathanson@mintz.com <br><br> John Nadolenco (pro hac vice) <br> Erika Z. Jones (pro hac vice) <br> Jason D. Linder (pro hac vice) <br> Daniel D. Queen (pro hac vice) <br> Eric A. White (pro hac vice) <br> MAYER BROWN LLP <br> 1999 K Street, NW <br> Washington, DC 20006 <br> Tel: (202) 263-3000 <br> jnadolenco@mayerbrown.com <br> ejones@mayerbrown.com <br> jlinder@mayebrown.com <br> dqueen@mayerbrown.com <br> eawhite@mayerbrown.com <br><br> Charles H. Haake (pro hac vice) <br> Jessica L. Simmons (pro hac vice) <br> ALLIANCE FOR AUTOMOTIVE INNOVATION <br> 1050 K Street, NW <br> Suite 650 <br> Washington, DC 20001 <br> Tel: (202) 326-5500 <br> chaake@autosinnovate.org <br> jsimmons@autosinnovate.org | */s/ Eric A. Haskell* <br> Robert E. Toone, BBO No. 663249 <br> Eric A. Haskell, BBO No. 665533 <br> Phoebe Fischer-Groban, BBO No. 687068 <br> Julia Kobick, BBO No. 680194 <br>   Assistant Attorneys General <br> Christine Fimognari, BBO No. 703410 <br>   Special Assistant Attorney General <br> Office of the Attorney General <br> One Ashburton Place <br> Boston, Mass.  02108 <br> (617) 963-2855 <br> eric.haskell@mass.gov |

## **CERTIFICATE OF SERVICE**

      I certify that on June 15, 2021, a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

                                                  /s/ *Laurence A. Schoen*
                                                  Laurence A. Schoen

113276031v.1