IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>          Plaintiff,<br><br>     vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>          Defendant. | C.A. No. 1:20-cv-12090-DPW |

**PLAINTIFF'S ASSENTED-TO-MOTION FOR LEAVE TO FILE
PRE-ARGUMENT BRIEF IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), Plaintiff Alliance for Automotive Innovation ("Auto Innovators" or "Plaintiff") respectfully moves this Court for leave for the parties to file pre-argument briefs in excess of twenty pages, but not to exceed 25 pages per side. As grounds for this motion, Auto Innovators states that the requested five-page enlargement of the page limit will allow both parties to provide more citations to the trial record and flesh out the issues in more detail. Counsel for the Attorney General assents to the relief sought by this Motion.

Dated: June 22, 2021

1

Respectfully submitted,

PLAINTIFF ALLIANCE FOR
AUTOMOTIVE INNOVATION

By its attorneys,

*/s/Laurence A. Schoen*
Laurence A. Schoen, BBO # 633002
Elissa Flynn-Poppey, BBO# 647189
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
lschoen@mintz.com
eflynn-poppey@mintz.com

John Nadolenco (*pro hac vice*)
Jason Linder (*pro hac vice*)
Daniel D. Queen (*pro hac vice*)
Erika Z. Jones (*pro hac vice*)
Eric A. White (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
jlinder@mayerbrown.com
dqueen@mayerbrown.com
ejones@mayerbrown.com
eawhite@mayerbrown.com

Charles H. Haake (*pro hac vice*)
Jessica L. Simmons (*pro hac vice*)
ALLIANCE FOR AUTOMOTIVE INNOVATION
1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

## LOCAL RULE CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff certify that they conferred with counsel for the Attorney General, and that counsel for the Attorney General has assented to the relief sought by this Motion.

                                        */s/Laurence A. Schoen*
                                        Laurence A. Schoen

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on June 22, 2021.

                                        */s/ Laurence A. Schoen*
                                        Laurence A. Schoen

113489543v.1