# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 20-12090-DPW |
| vs. | ) ) ) | |
| MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, in her official capacity, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## PROCEDURAL ORDER
August 16, 2021

In consideration of the Further Modified Stipulation, ECF # 238, in this case, I find I must advise the parties that the date by which I can fairly commit to the filing of fully developed Findings of Fact and Conclusions of Law to resolve this case on the merits in this court is September 20, 2021.  The competing demands of other matters, at a time of resurgence in Covid infections under continued pandemic conditions when the court generally and my individual session are reconstituting to resume orderly jury trial proceedings, have proven sufficiently distracting that the previous date of August 20, 2021, is too soon to make the fully developed filing that the complexities of this case require.   Accordingly, the Defendant is invited to modify further the Stipulation to adjust the relevant dates to reflect the more

extensive period of consideration under advisement that developing

circumstances have convinced me is required to bring this case to appealable

final judgment.

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE