UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION )<br>)<br>)<br>Plaintiff,   )<br>vs.   )<br>)<br>)<br>MAURA HEALEY, ATTORNEY )<br>GENERAL OF THE COMMONWEALTH )<br>OF MASSACHUSETTS,   )<br>in her official capacity,   )<br>)<br>)<br>Defendant.   ) | CIVIL ACTION NO.<br>20-12090-DPW |

**<u>PROCEDURAL ORDER</u>**
September 16, 2021

Without intending to presume upon the gracious willingness of the Defendant to provide several modifications of its Stipulation concerning enforcement of the challenged Data Access Law at issue in this case, I find I must again advise the parties that the date by which I can fairly commit to the filing of fully developed Findings of Fact and Conclusions of Law to resolve this matter on the merits in this court must be extended. Generally stated, the competing demands of other matters, at a time of resurgence in Covid infections under continued pandemic conditions when the court generally and my individual session have attempted to reconstitute to resume orderly in person proceedings, especially when coupled with chambers staff transitions, have convinced me that September 20, 2021, is too soon to issue the fully

developed filing by me that the complexities of this case require. Accordingly, the Defendant is invited to make a Final Further Modified Stipulation to adjust the relevant date necessary for an extensive period of consideration in support of a fully satisfactory opinion until no later than November 2, 2021, bringing this case to an appealable final judgment.

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE
