UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Plaintiff,<br><br>v.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:20-cv-12090-DPW |

**FURTHER MODIFIED STIPULATION**

The Office of the Attorney General stipulates that it does not intend to, and will not, issue the notice discussed in Section 4 of the Data Access Law until after the Court rules on counts 1 and 2 of the plaintiff's complaint. Similarly, the Office of the Attorney General stipulates that it does not intend to, and will not, exercise its enforcement authority under Chapter 93A, Chapter 93K, or otherwise, to enforce any provision of the Data Access Law until after the Court rules on counts 1 and 2 of the plaintiff's complaint. The Office of the Attorney General reserves the right to revise this stipulation in the event that adjudication of those claims is delayed beyond November 2, 2021, but further stipulates that it will do so only after first providing 14 days' advance notice to the plaintiff and the Court of its intent to do so.

                    Respectfully submitted,

                    ATTORNEY GENERAL
                    MAURA HEALEY

                    By her attorneys,

September 17, 2021            */s/ Eric A. Haskell*
                    Robert E. Toone, BBO No. 663249
                    Eric A. Haskell, BBO No. 665533
                    Phoebe Fischer-Groban, BBO No. 687068
                      Assistant Attorneys General
                    Christine Fimognari, BBO No. 703410
                      Special Assistant Attorney General
                    Office of the Attorney General
                    One Ashburton Place
                    Boston, Mass.  02108
                    (617) 963-2589
                    eric.haskell@mass.gov

## CERTIFICATE OF SERVICE

I certify that a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

                    */s/ Eric A. Haskell*

September 17, 2021              Eric A. Haskell
                    Assistant Attorney General