700lb Static Load Capacity
Wilderness Exterior Trim Package

**COMFORT, CONVENIENCE & INTERIOR**

STARLINK 11.6" Multimedia Infotainment System
Bluetooth Hands-Free Phone Connectivity
SUBARU STARLINK Safety Plus+ - 3 Years Free
    +Not Available to Massachusetts Residents or Businesses
Apple CarPlay and Android Auto, SiriusXM Radio w/ 4 Months Free
Dual Front & Rear USB Ports, iPod / iPhone Connectivity
Auto-Dimming Homelink Compass Mirror
StarTex Water Repellant Seats
10-Way Adjustable Power

Destination
Delivery
Total Sugge
Retail Price

