## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>    Plaintiff,<br><br>vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>    Defendant. | C.A. No. 1:20-cv-12090-DPW |

### DECLARATION OF LAURENCE A. SCHOEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO ATTORNEY GENERAL'S MOTION TO REOPEN THE EVIDENCE

I, Laurence A. Schoen, declare as follows:

1.    I am a Member with the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Plaintiff Alliance for Automotive Innovation in this action, and therefore have personal knowledge of the matters set forth herein. I submit this Declaration in support of Plaintiff's Opposition to the Attorney General's Motion to Reopen the Evidence.

2.    Attached to this Declaration as Exhibit 1 is a true and accurate copy of email correspondence between counsel for the parties in this action. The top email in the chain consists of a reply email from Eric Haskell to John Nadolenco dated October 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

    */s/ Laurence A. Schoen*
    _____
    Laurence A. Schoen

Dated: October 26, 2021

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on October 26, 2021.

                                              */s/ Laurence A. Schoen*
                                              Laurence A. Schoen