# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>       Plaintiff,<br><br>vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>       Defendant. | C.A. No. 1:20-cv-12090-DPW |

## JOINT MOTION TO EXTEND BRIEFING DEADLINE

Plaintiff Alliance for Automotive Innovation ("Auto Innovators") and Defendant Maura Healey, Attorney General of the Commonwealth (the "Attorney General") respectfully request that the Court extend the deadline by one business day, up through and including November 8, 2021, for the parties to submit simultaneous briefing on issues raised by amicus curiae of the United States in *Volkswagen Group*. The parties respectfully request this short extension due to obligations of plaintiffs' counsel in other matters.

Dated:    November 2, 2021

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF ALLIANCE FOR AUTOMOTIVE INNOVATION, | DEFENDANT ATTORNEY GENERAL MAURA HEALEY, |
| By its attorneys, | By her attorneys, |
| */s/ Laurence A. Schoen* | */s/ Eric A. Haskell* |
| Laurence A. Schoen, BBO # 633002 | Robert E. Toone, BBO No. 663249 |
| Elissa Flynn-Poppey, BBO# 647189 | Eric A. Haskell, BBO No. 665533 |
| MINTZ, LEVIN, COHN, FERRIS, | Phoebe Fischer-Groban, BBO No. 687068 |
| GLOVSKY, AND POPEO, P.C. | Julia Kobick, BBO No. 680194 |
| One Financial Center | Christine Fimognari, BBO No. 703410 |
| Boston, MA 02111 |   Assistant Attorneys General |
| Tel: (617) 542-6000 | Office of the Attorney General |
| lschoen@mintz.com | One Ashburton Place |
| eflynn-poppey@mintz.com | Boston, Mass.  02108 |
| | (617) 963-2855 |
| | eric.haskell@mass.gov |

John Nadolenco (pro hac vice)
Erika Z. Jones (pro hac vice)
Jason D. Linder (pro hac vice)
Daniel D. Queen (pro hac vice)
Eric A. White (pro hac vice)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
ejones@mayerbrown.com
jlinder@mayebrown.com
dqueen@mayerbrown.com
eawhite@mayerbrown.com

Charles H. Haake (pro hac vice)
Jessica L. Simmons (pro hac vice)
ALLIANCE FOR AUTOMOTIVE
INNOVATION
1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

## **CERTIFICATE OF SERVICE**

  I certify that on November 2, 2021, a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

                    /s/ *Laurence A. Schoen*
                     Laurence A. Schoen

117942330v.1