UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Plaintiff,<br><br>v.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:20-cv-12090-DPW |

**FURTHER MODIFIED STIPULATION**

The Office of the Attorney General stipulates that it does not intend to, and will not, issue the notice discussed in Section 4 of the Data Access Law until after the Court rules on counts 1 and 2 of the plaintiff's complaint. Similarly, the Office of the Attorney General stipulates that it does not intend to, and will not, exercise its enforcement authority under Chapter 93A, Chapter 93K, or otherwise, to enforce any provision of the Data Access Law until after the Court rules on counts 1 and 2 of the plaintiff's complaint. The Office of the Attorney General reserves the right to revise this stipulation in the event that adjudication of those claims is delayed beyond March 7, 2022, but further stipulates that it will do so only after first providing 14 days' advance notice to the plaintiff and the Court of its intent to do so.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MAURA HEALEY<br>ATTORNEY GENERAL, |
|  | By her attorneys, |
| February 3, 2022 | */s/ Robert E. Toone*<br>Robert E. Toone, BBO No. 663249<br>Eric A. Haskell, BBO No. 665533<br>Phoebe Fischer-Groban, BBO No. 687068<br>Julia Kobick, BBO No. 680194<br>Christine Fimognari, BBO No. 703410<br>  Assistant Attorneys General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, Mass.  02108<br>(617) 963-2178<br>robert.toone@mass.gov |

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 3, 2022.

*Robert E. Toone*
Robert E. Toone
Assistant Attorney General