UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Plaintiff,<br>vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS,<br>in her official capacity,<br><br>Defendant. | CIVIL ACTION NO.<br>20-12090-DPW |

**PROCEDURAL ORDER**
March 8, 2022

As a result of unforeseen and unforeseeable circumstances, principally involving supervening but insistent writing responsibilities in other matters, I find I must again advise the parties that the date by which I can fairly commit to the filing of Findings of Fact and Conclusions of Law to resolve this matter on the merits in this court must be extended. As previously stated, the competing demands of those and other matters, at a time when the court generally, *see* D. Mass. General Orders 22-1 and 22-2 (Mar. 4, 2022), and my individual session are attempting to reconstitute to resume orderly in-person proceedings, proved that March 7, 2022, was too soon to issue the fully developed filing by me that the complexities of this case require. Accordingly, the Defendant is invited to make a Final Further Modified Stipulation to adjust

the relevant date necessary for a full period of consideration in support of a fully satisfactory opinion until no later than April 15, 2022, bringing this case at last to an appealable final judgment.

                                          */s/ Douglas P. Woodlock*
                                          DOUGLAS P. WOODLOCK
                                          UNITED STATES DISTRICT JUDGE