UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,            )<br>                                                                    )<br>                           Plaintiff,             )<br>vs.                                                              )<br>                                                                    )<br>                                                                    )<br>MAURA HEALEY, ATTORNEY                    )<br>GENERAL OF THE COMMONWEALTH    )<br>OF MASSACHUSETTS,                              )<br>in her official capacity,                              )<br>                                                                    )<br>                                                                    )<br>                           Defendant.            )   | CIVIL ACTION NO.<br>20-12090-DPW |

**<u>PROCEDURAL ORDER</u>**
April 15, 2022

    The resurgence of a demanding criminal trial schedule, together with the parallel resumption of long delayed in-court non-trial proceedings when coupled with continuing insistent writing responsibilities in other matters, requires me regretfully to advise the parties that the date by which I can fairly commit to the filing of Findings of Fact and Conclusions of Law to resolve this matter on the merits in this court must again be extended.  Without restating the previous procedural orders that caused me, while attempting to reconstitute an orderly docket, to delay issuance of the fully developed opinion by me that the complexities of this case require, I must for those fundamental reasons again do so.   Accordingly, the Defendant is invited to make a Further Modified Stipulation to adjust the relevant date necessary for an appropriate

period of consideration in support of a fully satisfactory opinion until no later than July 1, 2022, to bring this case to an appealable final judgment.

                                      */s/ Douglas P. Woodlock*
                                      DOUGLAS P. WOODLOCK
                                      UNITED STATES DISTRICT JUDGE