UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>        Plaintiff,<br>vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS,<br>in her official capacity,<br><br>        Defendant. | CIVIL ACTION NO.<br>20-12090-DPW |

**NOTICE**
July 1, 2022

The need to consider fully the implications of the long anticipated decision — not issued until the final day of the Supreme Court's term yesterday — in *West Virginia* v. *Environmental Protection Agency*, 2022 WL 2347278 (U.S. June 30, 2022) and unforeseen and unforeseeable scheduling complications encountered in the past several weeks coming upon the extended holiday weekend prompt this Notice to the parties that issuance of the Findings and Conclusions in this case will be further delayed. The delay is not anticipated to extend beyond the grace notice period included in the Further Modified Stipulation (ECF No. 273) entered April 22, 2022.

                                              ***/s/ Douglas P. Woodlock***
                                              DOUGLAS P. WOODLOCK
                                              UNITED STATES DISTRICT JUDGE