UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION, <br><br> Plaintiff, <br><br> v. <br><br> MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 1:20-cv-12090-DPW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please withdraw my appearance as counsel for the defendant, Maura Healey, Attorney General of the Commonwealth of Massachusetts, in this matter. Attorneys Robert E. Toone, Eric A. Haskell, Phoebe Fischer-Groban, and Christine Fimognari will remain counsel for the defendant.

    Respectfully Submitted,

    MAURA HEALEY
    ATTORNEY GENERAL

    /s/ Julia E. Kobick
    Julia E. Kobick, BBO No. 680194
    Assistant Attorney General
    Office of the Attorney General
    One Ashburton Place
    Boston, MA 02108
    (617) 963-2559
    julia.kobick@mass.gov

August 24, 2022

**CERTIFICATE OF SERVICE**

I certify that, on August 24, 2022, this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants. I further certify that this document will be served as required by Local Rule 83.5.2(d).

/s/ Julia E. Kobick
Julia E. Kobick
Assistant Attorney General