IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>Plaintiff,<br><br>vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>Defendant. | C.A. No. 1:20-cv-12090-DPW |

## JOINT STIPULATION AND PROPOSED SCHEDULING ORDER

As requested by the Court at the November 8, 2022 status conference, Plaintiff Alliance for Automotive Innovation ("Auto Innovators") and Defendant Maura Healey, Attorney General of Massachusetts (the "Attorney General"), respectfully submit this Joint Stipulation and Proposed Scheduling Order for addressing Auto Innovators' request for further discovery from Auto Care Association ("ACA"):

1. On November 22, 2022, Auto Innovators will file with the Court Auto Innovators' proposed subpoena on ACA, along with a brief submission on why Auto Innovators asserts that such a subpoena is appropriate.

2. On December 6, 2022, the Attorney General will file its opposition (if any) to the requested discovery.

3. On December 13, 2022, Auto Innovators will submit its reply (if any) in support of its requested discovery.

1

4. If the Court deems it necessary to hold a hearing on this issue, the Parties request that the Court set such a hearing for a date at its earliest convenience after the completion of the above briefing.

Dated: November 18, 2022

Respectfully submitted,

| PLAINTIFF ALLIANCE FOR AUTOMOTIVE INNOVATION, | DEFENDANT ATTORNEY GENERAL MAURA HEALEY, |
|---|---|
| By its attorneys, | By her attorneys, |
| */s/ Laurence A. Schoen* | */s/ Robert E. Toone* |

| | |
|---|---|
| Laurence A. Schoen, BBO # 633002 | Robert E. Toone, BBO No. 663249 |
| Elissa Flynn-Poppey, BBO# 647189 | Eric A. Haskell, BBO No. 665533 |
| MINTZ, LEVIN, COHN, FERRIS, | Phoebe Fischer-Groban, BBO No. 687068 |
| GLOVSKY, AND POPEO, P.C. | Christine Fimognari, BBO No. 703410 |
| One Financial Center |   Assistant Attorneys General |
| Boston, MA 02111 | Office of the Attorney General |
| Tel: (617) 542-6000 | One Ashburton Place |
| lschoen@mintz.com | Boston, Mass.  02108 |
| eflynn-poppey@mintz.com | (617) 963-2178 |
| | Robert.toone@mass.gov |

John Nadolenco (pro hac vice)
Erika Z. Jones (pro hac vice)
Jason D. Linder (pro hac vice)
Daniel D. Queen (pro hac vice)
Eric A. White (pro hac vice)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
ejones@mayerbrown.com
jlinder@mayebrown.com
dqueen@mayerbrown.com
eawhite@mayerbrown.com

Charles H. Haake (pro hac vice)
Jessica L. Simmons (pro hac vice)
ALLIANCE FOR AUTOMOTIVE
INNOVATION
1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

## CERTIFICATE OF SERVICE

I certify that on November 18, 2022, a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

*s/ Laurence A. Schoen*

Laurence A. Schoen

131660174v1