UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALLIANCE FOR AUTOMATIVE INNOVATION,<br><br>               Plaintiffs,<br><br>v.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:20-cv-12090-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE FOR M. KARIM SABBIDINE**

To the Clerk of this court and all parties of record:

      Please enter this Notice of Appearance for M. Karim Sabbidine, Esq. as counsel in this case for non-party Auto Care Association. I certify that I am admitted to practice in this court.

Dated: December 19, 2022

                                          Respectfully submitted,

                                         /s/ *Karim Sabbidine*
                                         Karim Sabbidine (699060)
                                         Thompson Hine, LLP
                                         335 Madison Avenue, 12th Floor
                                         New York, New York 10017-4611
                                         Tel: 212.344.5680
                                         Fax: 212.344.6101
                                         Email: karim.sabbidine@thompsonhine.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on December 19, 2022

      /s/ *Karim Sabbidine*
      Karim Sabbidine