UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMATIVE INNOVATION,<br><br>         Plaintiffs,<br><br>    v.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>         Defendants. | Civil Action No.: 1:20-cv-12090-DPW |

## NOTICE OF APPEARANCE FOR STEVEN A. BLOCK

To the Clerk of this court and all parties of record:

Please enter this Notice of Appearance for Steven A. Block, Esq. as counsel in this case for Non-Party, AUTO CARE ASSOCIATION. I certify that I am admitted to practice *Pro Hac Vice* in this court.

Dated: January 4, 2023

Respectfully submitted,

/s/ *Steven A. Block*
Steven A. Block
Thompson Hine, LLP
20 North Clark Street, Suite 3200
Chicago, Illinois 60602-5093
Tel: 312.998.4242
Fax: 312.998.4245
Email: Steven.Block@ThompsonHine.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on January 4, 2023.

                                                /s/ *Steven A. Block*
                                                Steven A. Block