IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>       Plaintiff,<br><br>   vs.<br><br>MAURA HEALEY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>       Defendant. | C.A. No. 1:20-cv-12090-DPW |

## JOINT STIPULATION

Plaintiff Alliance for Automotive Innovation ("Auto Innovators") and Non-Party Auto Care Association ("ACA") hereby agree to the following stipulation:

1.    On January 11, 2023, Auto Innovators served upon ACA a Subpoena to Testify at a Deposition in a Civil Action ("Subpoena") requesting, *inter alia*, that a corporate representative of ACA appear for a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) to testify about Topics 1-4 identified in the Subpoena.

2.    On February 1, 2023, ACA filed its Motion for Protective Order [ECF No. 321] objecting to the Subpoena. On February 15, 2023, Auto Innovators filed its Opposition to ACA's Motion for a Protective Order [ECF No. 324].

3.    Auto Innovators withdraws its request for a Federal Rule of Civil Procedure 30(b)(6) deposition of ACA and ACA withdraws its pending Motion for Protective Order. ACA agrees that it shall make Aaron Lowe available for a fact deposition on or before March 24, 2023 at a mutually agreeable time and place, and that such deposition shall be limited to Topics 1-4 of the Subpoena.

1

Respectfully submitted,

| PLAINTIFF ALLIANCE FOR AUTOMOTIVE INNOVATION, | AUTO CARE ASSOCIATION, |
|---|---|
| By its attorneys, | By its attorneys, |

<table>
<tr><td>

*s/ Daniel D. Queen per email approval 2/22/2023*
Laurence A. Schoen, BBO # 633002
Elissa Flynn-Poppey, BBO# 647189
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
lschoen@mintz.com
eflynn-poppey@mintz.com
annathanson@mintz.com

John Nadolenco (pro hac vice)
Erika Z. Jones (pro hac vice)
Jason D. Linder (pro hac vice)
Daniel D. Queen (pro hac vice)
Eric A. White (pro hac vice)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
ejones@mayerbrown.com
jlinder@mayebrown.com
dqueen@mayerbrown.com
eawhite@mayerbrown.com

Charles H. Haake (pro hac vice)
Jessica L. Simmons (pro hac vice)
ALLIANCE FOR AUTOMOTIVE
INNOVATION
1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

</td><td>

*s/ Steven A. Block*
Steven A. Block (pro hac vice)
THOMPSON HINE LLP
20 N. Clark St., Suite 3200
Chicago, IL 606-5093
Tel: (312) 998-4242
Steven.Block@ThompsonHine.com

David A. Wilson, BBO No. 552388
1919 M Street, NW
Washington, DC 20036
Tel.: 202.331.8800
David.Wilson@ThompsonHine.com

Karim Sabbidine, BBO No. 699060
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Tel.: 212.344.5680
Karim.Sabbidine@ThompsonHine.com

</td></tr>
</table>

## CERTIFICATE OF SERVICE

   I certify that on February 22, 2023, a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

         *s/ Steven A. Block*
         Steven A. Block