UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA JOY CAMPBELL, ATTORNEY GENERAL OF THE COMMONWEWALTH OF MASSACHUSETTS in her official capacity,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:20-cv-12090-DPW |

**NOTICE OF AUTOMATIC SUBSTITUTION OF PARTY**

Notice is hereby given that Andrea Joy Campbell has succeeded to the office of Attorney General of Massachusetts.  Because the named defendant in this action is the Attorney General of Massachusetts (in her official capacity), Attorney General Campbell is automatically substituted as defendant pursuant to Federal Rule of Civil Procedure 25(d).

Attorney General Campbell respectfully requests that the caption of this action be amended accordingly.

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

By her attorneys,

March 7, 2023                          */s/ Eric Haskell*
                              Robert E. Toone, BBO No. 663249
                              Eric A. Haskell, BBO No. 665533
                              Phoebe Fischer-Groban, BBO No. 687068
                              Christine Fimognari, BBO No. 703410
                                Assistant Attorneys General
                              Office of the Attorney General
                              One Ashburton Place
                              Boston, Mass.  02108
                              (617) 963-2855
                              eric.haskell@mass.gov

## CERTIFICATE OF SERVICE

I certify that a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

                                  */s/ Eric Haskell*
March 7, 2023                       Eric A. Haskell
                              Assistant Attorney General