**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANDREA JOY CAMPBELL, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>　　　　　Defendant. | C.A. No. 1:20-cv-12090-DPW |

## PLAINTIFF'S REQUEST FOR A STATUS CONFERENCE

Plaintiff Alliance for Automotive Innovation ("Auto Innovators") respectfully requests a status conference at the Court's earliest convenience to discuss the status of the case and the Attorney General's Notice of Intent to Terminate Non-Enforcement Stipulation (ECF No. 330).

Counsel for the Attorney General has indicated that it opposes Auto Innovators' request for a status conference, and objected to Auto Innovators mentioning this request in the parties' Joint Status Report.

Dated: March 31, 2023

Respectfully submitted,

PLAINTIFF ALLIANCE FOR
AUTOMOTIVE INNOVATION,

By its attorneys,

*/s/ Laurence A. Schoen*
Laurence A. Schoen, BBO # 633002
Elissa Flynn-Poppey, BBO# 647189
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
lschoen@mintz.com
eflynn-poppey@mintz.com

John Nadolenco (pro hac vice)
Erika Z. Jones (pro hac vice)
Jason D. Linder (pro hac vice)
Daniel D. Queen (pro hac vice)
Eric A. White (pro hac vice)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
ejones@mayerbrown.com
jlinder@mayerbrown.com
dqueen@mayerbrown.com
eawhite@mayerbrown.com

Charles H. Haake (pro hac vice)
Jessica L. Simmons (pro hac vice)
ALLIANCE FOR AUTOMOTIVE
INNOVATION
1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

## **LOCAL RULE CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff certify that they conferred with counsel for the Attorney General, and that counsel for the Attorney General does not assent to Plaintiff's Request for a Status Conference.

/s/ Laurence A. Schoen
Laurence A. Schoen

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on March 31, 2023.

/s/ Laurence A. Schoen
Laurence A. Schoen