UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>    Plaintiff,<br>v.<br><br>ANDREA JOY CAMPBELL in her official capacity as the ATTORNEY GENERAL OF MASSACHUSETTS,<br><br>    Defendant. | Civil Action No. 1:20-cv-12090-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned Robert M. Shaw of Holland & Knight LLP as counsel for non-party Auto Care Association.

    Respectfully submitted,

    */s/ Robert M. Shaw*
    Robert M. Shaw, BBO No. 669664
    HOLLAND & KNIGHT LLP
    10 St. James Avenue
    Boston, MA 02116
    Tel: 617-305-3018
    *robert.shaw@hklaw.com*

DATED: April 25, 2023