IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION, | : : : |
| Plaintiff, | : Case No. 1:20-cv-12090-DPW : |
| v. | : : |
| ANDREA CAMPBELL, Attorney General of the Commonwealth of Massachusetts, in her official capacity, | : : : : |
| Defendant. | : : |

**NOTICE OF TRANSMITTAL OF LETTER TO VEHICLE MANUFACTURERS**

The United States respectfully notifies the Court and the parties that on June 13, 2023, the National Highway Traffic Safety Administration transmitted a letter to motor vehicle manufacturers notifying them that Massachusetts SD645, codified at Chapter 93K of the Massachusetts General Laws (also known as the Data Access Law), conflicts with and is therefore pre-empted by the National Traffic and Motor Vehicle Safety Act, 49 U.S.C. § 30101 *et seq*. A copy of that letter is attached hereto.

Dated:  June 13, 2023                                  Respectfully submitted,

*Of Counsel*:                                          BRIAN M. BOYNTON
                                                       Principal Deputy Assistant Attorney General
JOHN E. PUTNAM
  General Counsel                                      JACQUELINE COLEMAN SNEAD
PAUL M. GEIER                                          Assistant Branch Director
  Assistant General Counsel
ERIN D. HENDRIXSON                                      */s/ Daniel Riess*
  Senior Trial Attorney                                DANIEL RIESS (Texas Bar # 24037359)
  U.S. Dept. of Transportation                         Trial Attorney
                                                       U.S. Department of Justice
KERRY KOLODZIEJ                                        Civil Division, Federal Programs Branch
  Assistant Chief Counsel                              1100 L Street, N.W.

1

ASHLEY SIMPSON  
  Senior Attorney  
  National Highway Traffic Safety  
    Administration

Washington, D.C. 20005  
Telephone: (202) 353-3098  
Fax: (202) 616-8460  
Email: Daniel.Riess@usdoj.gov  
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I certify that on June 13, 2023, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. If any counsel of record requires a paper copy, I will cause a paper copy to be served upon them by U.S. mail.

                                                   /s/ *Daniel Riess*