# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION ) ) ) Plaintiff, ) ) vs. ) ) MAURA HEALEY, ATTORNEY ) GENERAL OF THE COMMONWEALTH ) OF MASSACHUSETTS ) in her official capacity, ) ) Defendant. ) | C.A. No. 1:20-cv-12090-DPW Judge Douglas P. Woodlock |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), the firm, Thompson Hine LLP, hereby withdraws as counsel for Non-Party Auto Care Association. Auto Care Association will continue to be represented by Steven A. Block and Robert Shaw of Holland & Knight, who have already entered his appearance.

Dated: June 26, 2023

Respectfully submitted,

**THOMPSON HINE LLP**

By: */s/ David A. Wilson*
David A. Wilson (BBO No. 552388)
1919 M Street, NW
Washington, DC 20036
Tel.: 202.331.8800
David.Wilson@ThompsonHine.com

Karim Sabbidine, BBO No. 699060
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Tel.: 212.344.5680
Karim.Sabbidine@ThompsonHine.com

*Attorneys for Non-Party Auto Care Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notification of such filing to the counsel who have registered with this Court.

*/s/ David A. Wilson*
David A. Wilson