Edward Fish
1101 Hayner Ave #4
Las Cruces, NM
88005-2413

EL PASO TX
RIO GRANDE DISTRICT
21 JUN 2023   PM 2   L

FOREVER / USA

Hon. Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts
02210

USMS SCREENED

02210-300299