UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA CAMPBELL, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:20-cv-12090-DPW |

**NOTICE OF TRANSMITTAL OF LETTER TO NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION**

Defendant Attorney General Andrea Joy Campbell respectfully notifies the Court that on August 22, 2023, the Office of the Attorney General transmitted a letter to the National Highway Traffic Safety Administration ("NHTSA") in response to NHTSA's August 22, 2023 letter. A copy of the Attorney General's August 22, 2023 letter is attached hereto as Exhibit A.

        Respectfully submitted,

        ANDREA JOY CAMPBELL
        ATTORNEY GENERAL

        By her attorneys,

        */s/ Christine Fimognari*
        Robert E. Toone, BBO No. 663249
        Eric A. Haskell, BBO No. 665533
        Phoebe Fischer-Groban, BBO No. 687068
        Christine Fimognari, BBO No. 703410
        Assistant Attorneys General
        Office of the Attorney General
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 963-2206
August 22, 2023        christine.fimognari@mass.gov

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 22, 2023.

                                                 */s/ Christine Fimognari*
                                                 Christine Fimognari
                                                 Assistant Attorney General