**<u>Exhibit B</u>**

TESLA

1 Tesla Road, Austin, TX 78725
www.tesla.com/contact

Mr. John Bozzella
President and CEO
Alliance for Automotive Innovation
1050 K Street NW, Suite 650
Washington, DC 20001

Ms. Julie Massaro
President
Automotive Service Association
8209 Mid Cities Blvd, Suite 100
North Richland Hills, TX 76182

Mr. Aaron Schulenburg
Executive Director
Society of Collision Repair Specialists
PO Box 3037
Mechanicsville, VA 23116

July 29, 2023

**RE: Automotive Repair Data Sharing Commitment**

Dear Mr. Bozzella, Ms. Massaro, and Mr. Schulenburg,

Thank you for sharing your letter dated July 11, 2023 outlining the Automotive Repair Data Sharing Commitment made by your organizations (the "Commitment"). Tesla agrees that customers should have access to safe and proper repairs throughout a vehicle's lifecycle. Tesla agrees with the standards laid out in the Commitment and is happy to support this effort.

Tesla's history of supporting vehicle owners' right to repair is well-documented. Tesla's mission to accelerate the world's transition to sustainable energy includes empowering independent repairers to service electric vehicles as the global fleet grows. Through a comprehensive library of publicly available manuals and guides, Tesla already provides extensive information for independent and do-it-yourself repairers.

Current Tesla owners have numerous options to repair their vehicles at commercial repair facilities, including Tesla-operated repair facilities, Tesla-affiliated repair facilities, independent repair facilities, and national chains of repair providers. Additionally, a Tesla owner can conduct a range of services on their own vehicles from routine work utilizing Tesla's Do-It-Yourself Guides, to more complex repairs described in repair manuals.  In addition to supporting the customer's right to choose their preferred method of repairing their vehicle, Tesla also protects drivers' safety and security through industry-backed standards.



1 Tesla Road, Austin, TX 78725
www.tesla.com/contact

The Commitment aligns with Tesla's mission and our focus on supporting our customer's rights while protecting their safety and security.

Thank you,

Rohan Patel
Vice President, Public Policy and Business Development
Tesla, Inc.



August 9, 2023

| | |
|---|---|
| Mr. John Bozzella | Ms. Julie Massaro |
| President and CEO | President |
| Alliance for Automotive Innovation | Automotive Service Association |
| 1050 K Street NW, Suite 650 | 8209 Mid Cities Blvd, Suite 100 |
| Washington, DC 20001 | North Richland Hills, TX 76182 |

Mr. Aaron Schulenburg
Executive Director
Society of Collision Repair Specialists
PO Box 3037
Mechanicsville, VA 23116

*Rivian Automotive, LLC Response to Automotive Repair Data Sharing Commitment*

Dear Mr. Bozzella, Ms. Massaro, and Mr. Schulenburg:

Rivian Automotive, LLC ("Rivian") appreciates the opportunity to respond to your letter dated July 11, 2023, outlining the Automotive Repair Data Sharing Commitment made by your associations ("Commitment"). Rivian agrees that our customers should have access to safe and proper repairs throughout a vehicle's lifecycle and further is aligned with supporting the independent repair community as provided in the Commitment.

Rivian is an independent U.S. company dedicated to the production and distribution of Electric Adventure Vehicles$^{TM}$. Our line of vehicles supports Rivian's mission to Keep The World Adventurous Forever™, by offering compelling and clean all-electric alternatives to internal combustion engine technology. Rivian exists to create products and services that help our planet transition to carbon neutral energy and transportation. Rivian designs, develops, and manufactures category-defining electric vehicles and accessories, and sells them directly to customers in the consumer and commercial markets.

In addition to Rivian owned and operated service centers and mobile service, we currently offer several independent repair options for Rivian owners to service and repair their vehicles including:
- A growing network of third-party Rivian-Certified Collision Centers
- Third-party nationwide wheel and tire service through a certified national provider
- Options for third-party glass repair and advance driver assistance system ("ADAS") calibration
- Nationwide emergency roadside assistance, 24/7/365 through third-party tow providers
- Third-party and self-service options for entry level/commoditized repairs on our commercial vehicles

Rivian supports third-party collision centers by providing access to Rivian repair manuals, service parts, tools, and training—enabling them to safely repair Rivian vehicles. Rivian intends to leverage similar approaches as we increase third-party and do it yourself options.

2

Finally, Rivian aims to lead in self-repair by developing features which enable third parties and individuals to increasingly perform service on Rivian vehicles. Rivian is committed to the safe service and operation of its vehicles, and we will use this as a primary design principle when enabling do-it-yourself and manuals, guides, tools, and third-party services.

As a new to market company, our service capabilities are developed, practiced, and validated internally first. As our products, systems, tools, and training methods mature, we are committed to continually acting towards expanding do-it-yourself and third-party capabilities.

Rivian makes safety a key priority for customers as they take on their next adventure. Achieving our goal of providing value-added services that address the entire lifecycle of the vehicle and deepen our customer relationships requires a portfolio of public policies supporting consumer choice and competition throughout the industry. The Commitment reflects these Rivian policies.

Thank you for sharing the Commitment and providing the opportunity to align on supporting customer rights while also protecting the safety and security of their vehicles.

Sincerely,

*Alan Hoffman*

Alan Hoffman
Chief Policy Officer