UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA JOY CAMPBELL, ATTORNEY GENERAL OF THE COMMONWEWALTH OF MASSACHUSETTS in her official capacity,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:20-cv-12090-DPW |

## WITHDRAWAL OF APPEARANCE

Please enter on the docket the withdrawal of my appearance as attorney for the defendant Andrea Joy Campbell, Attorney General of the Commonwealth of Massachusetts. Attorney General Campbell will continue to be represented by Assistant Attorneys General Eric A. Haskell, Christine Fimognari and Phoebe Fischer-Groban.

    Respectfully submitted,

    ANDREA JOY CAMPBELL
    ATTORNEY GENERAL

    /s/ Robert E. Toone
    Robert E. Toone (BBO No. 663249)
    Assistant Attorney General
    Government Bureau
    One Ashburton Place
    Boston, MA 02108
    (617) 963-2178
    Robert.Toone@mass.gov

Date: December 13, 2023

## CERTIFICATE OF SERVICE

      I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on December 13, 2023.

                                            */s/* Robert E. Toone
                                            Robert E. Toone
                                            Assistant Attorney General