IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREA JOY CAMPBELL, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity,<br><br>　　　　Defendant. | C.A. No. 1:20-cv-12090-DJC |

## **JOINT NOTICE**

The parties do not have any proposed confidentiality redactions to the Court's opinion.

Dated: February 13, 2025

1

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF ALLIANCE FOR AUTOMOTIVE INNOVATION, | DEFENDANT ATTORNEY GENERAL ANDREA JOY CAMPBELL, |
| By its attorneys, | By her attorneys, |
| */s/ Laurence A. Schoen* | */s/ Eric A. Haskell* |
| Laurence A. Schoen, BBO # 633002 | Eric A. Haskell, BBO No. 665533 |
| Elissa Flynn-Poppey, BBO# 647189 | Phoebe Fischer-Groban, BBO No. 687068 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. | Christine Fimognari, BBO No. 703410  Assistant Attorneys General |
| One Financial Center | Office of the Attorney General |
| Boston, MA 02111 | One Ashburton Place |
| Tel: (617) 542-6000 | Boston, MA 02108 |
| lschoen@mintz.com | (617) 963-2855 |
| eflynn-poppey@mintz.com | eric.haskell@mass.gov |

John Nadolenco (pro hac vice)
Erika Z. Jones (pro hac vice)
Jason D. Linder (pro hac vice)
Daniel D. Queen (pro hac vice)
Eric A. White (pro hac vice)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
ejones@mayerbrown.com
jlinder@mayebrown.com
dqueen@mayerbrown.com
eawhite@mayerbrown.com

Charles H. Haake (pro hac vice)
Jessica L. Simmons (pro hac vice)
ALLIANCE FOR AUTOMOTIVE INNOVATION
1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on February 13, 2025.

	*/s/ Laurence A. Schoen*
	Laurence A. Schoen