UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION<br>    Plaintiff,<br><br>v.<br><br>ANDREA JOY CAMPBELL, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS<br>**In her official capacity**<br>    Defendant. | Civil Action No. 20-12090-DJC |

## JUDGMENT

**CASPER, J.**                                                        **February 13, 2025**

For the reasons stated in D. 334 and the Memorandum of Decision, D. 366-1, the Court Dismisses Counts I through VIII and enters judgment for Defendant.

Robert M. Farrell, Clerk

/s/ Lisa M. Hourihan
Deputy Clerk