IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREA JOY CAMPBELL, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS in her official capacity, <br><br> Defendant. | C.A. No. 1:20-cv-12090-DJC |

## NOTICE OF APPEAL

Notice is hereby given that Alliance for Automotive Innovation ("Auto Innovators"), plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the February 13, 2025 Judgment (ECF No. 370) and the February 11, 2025 Memorandum of Decision (ECF Nos. 366, 366-1 & 369), and from any and all underlying rulings or decisions pertinent thereto, including, but not limited to, the Electronic Order entered on March 31, 2023 (ECF No. 334), the Court's ruling from the bench on May 30, 2023 (memorialized in ECF No. 345), and the Electronic Order entered on January 24, 2025 (ECF No. 361).

[*Remainder of page left blank intentionally*]

Dated: March 14, 2025

Respectfully submitted,

**PLAINTIFF ALLIANCE FOR AUTOMOTIVE INNOVATION**

By its attorneys,

/s/ *Laurence A. Schoen*
Laurence A. Schoen, BBO # 633002
Elissa Flynn-Poppey, BBO # 647189
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241
lschoen@mintz.com
eflynn-poppey@mintz.com

John Nadolenco (pro hac vice)
Erika Z. Jones (pro hac vice)
Daniel D. Queen (pro hac vice)
Eric A. White (pro hac vice)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3000
jnadolenco@mayerbrown.com
ejones@mayerbrown.com
dqueen@mayerbrown.com
eawhite@mayerbrown.com

Charles H. Haake (pro hac vice)
Jessica L. Simmons (pro hac vice)
ALLIANCE FOR AUTOMOTIVE
INNOVATION
1050 K Street, NW
Suite 650
Washington, DC 20001
Tel: (202) 326-5500
chaake@autosinnovate.org
jsimmons@autosinnovate.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicates as non-registered participants on March 14, 2025.

      */s/ Laurence A. Schoen*
      Laurence A. Schoen